＃33604

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

CHRISTINE WILLIAMS

      Plaintiff,

vs

POARCH BAND OF CREEK INDIANS

      Defendant.

This complaint is being file due to The Age Discriminations Employment Act of 1967 (ADEA).  Plaintiff was terminated as the Lab Manger of the Poarch Band Creek Indians Health Department on June 17, 2014.  The defendant failed to follow Poarch Band of Creek Indians Tribal Government Personnel Policies and Procedures manual. Exhibit A. The Poarch Creek Indians did not follow the proper procedures for the Progressive Discipline Steps as stated on pages 16 through page 18 in the manual.

Step 1—Oral Warning, Step 2—Written Warning, Step 3-Final Written Warning and Step 4-Termination.

Edie Jackson, Tribal Administrator summited a letter dated July 24, 2014 stating the plaintiff's termination was due to being dishonest which coincides with the Employee Personnel Policies and Procedures Manual under the Immediate Release policy which states: In certain situations, the supervisor/director may believe that immediate termination is warranted or the steps set forth above

should not be used, Normally, this would occur in cases of dishonesty, flagrant misconduct, gross

negligence, and so forth, these cases must be referred to the Tribal Administrator/Chairman for

immediate review. This is listed on page 18. This information listed on the memo was not provided until

a month after the termination. This memo was a ploy to justify the termination, after the plaintiff did

not sign the resignation. Plaintiff was not accused of being dishonest, until after she filed a grievance on

June 18, 2014 stating that proper protocol and procedure were not followed.  This was used as a ploy to

have plaintiff terminated.  There was never any evidence provided to prove the stated claim that the

plaintiff as dishonest.  Defendent also accused the plaintiff of problem with bad attendance.  The

plaintiff has maintained approve attendance for the last six months. Exhibit C.  The defendant fail to

produce any documents showing unprofessional behavior and harassment in the workplace.  During the

plaintiff's 21 years of employment as Lab Manager the plaintiff has certified the Poarch Creek Indians

Lab with the CLIA program.  The letter of certification dated May 7, 2014 certified the Poarch Creek Lab

for two more years. Exhibit D. The plaintiff has maintained Exceeds Standards per Employee

Performance Evaluation. Exhibit F.  If the plaintiff's performance was not up to par why was plaintiff

recommended by the peer review team to be rehired. Exhibit E. The details of Exhibit E are listed below:

1. Demote from Medical Laboratory Manager to position of Medical Laboratory Scientist.

2. Reduced salary to $23.95 per hour top of range

3. On 1 (one) year probation

4. Monthly evaluations

5. Closely monitor performance and time/attendance

6. Training in needed areas

Also the plaintiff was recognized for exceptional performance by the Nashville Area Indian Health Service. Exhibit G. The plaintiff has a list of witnesses to verify information on her behalf.  Exhibit H.  The plaintiff has been employed with Poarch Creek Indians Health Department over 21 years and was discriminated against because of plaintiff's age. Plaintiff is over the age of (55).  Ginger Bergeron, Health Administrator is over the age of 40 and Edie Jackson, Tribal Administrator is over the age of 40. They conspired to replace plaintiff with the 28 year old female Shannon Little, Medical Laboratory Scientist, who the defendant realized after a meeting with plaintiff, that Shannon Little , did not have enough experience to be a Lab Manager.  Also Ginger Bergeron, Edie Jackson, and Susan Spurill stated "if I did not resign that the plaintiff would not be able to find a job as a Lab Manager due to plaintiff's age".  Since the plaintiff was terminated the position of Lab Manager has not been filled due to knowledge of possible legal actions taken against Poarch Band of Creek Indians.

Plaintiff lists a number of claims, violation of civil rights (age discrimination) and year of service disparate treatment.  Plaintiff seeks compensation in the amount of two million dollars plus interest, costs, and future attorney's fees.


Cc:  Christine Williams

    Poarch Bands of Creek Indians

    U.S. District Federal Court

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Christine J. Williams<br>1662 Woods Road<br>Atmore, AL 36502 | From: | Mobile Local Office<br>63 S Royal Street<br>Suite 504<br>Mobile, AL 36602 |
| --- | --- | --- | --- |

| ☐ | *On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a))* | | |
| --- | --- | --- | --- |

| EEOC Charge No. | EEOC Representative | Telephone No. |
| --- | --- | --- |
| **425-2014-00897** | **Investigator Price** | **(251) 690-2588** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

*Erika LaCour*                                  9·22·2014

Enclosures(s)

**Erika  LaCour,**
**Local Office Director**

*(Date Mailed)*

cc:

**POARCH CREEK INDIANS- HEALTH DEPARTMENT**
**Jason Rackard**
**Human Resource Director**
**5811 Jackspring Road**
**Atmore, AL 36502**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | **425-2014-00897** |

_____ and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Ms. Christine J. Williams | (251) 368-8845 | 12-17-1959 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1662 Woods Road, Atmore, AL 36502 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| POARCH CREEK INDIANS- HEALTH DEPARTMENT | 15 - 100 | (251) 368-9136 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5811 Jackspring Road, Atmore, AL 36502 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest 06-18-2014     Latest 06-18-2014

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am 54 years old and have worked for Respondent as a Laboratory Manager since February 9, 1993.  On June 18, 2014, Ginger Bergeron (White, Administrator, over 40); Edith Jackson (Tribal Administrator, over 40); and Susan Spurill (Human Resource Assistant, under 40) terminated my employment.  I believe I was terminated because of my age.

Bergeron, Jackson and Spurill informed me I was terminated for problems with my time and attendance; unprofessional behavior and harassment.  I did not commit any of the infractions reported as reasons for my termination.

I believe I was discriminated against in violation of the Age Discrimination in Employment Act of 1967.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 9-10-2014            *Christine Williams*<br>Date            Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |



**U.S. Equal Employment Opportunity Commission**
**Mobile Local Office**

63 S Royal Street
Suite 504
Mobile, AL 36602
(251) 690-3001
TTY (251) 690-2579
Fax: (251) 690-2581

Respondent: POARCH CREEK INDIANS- HEALTH DEPARTMENT
EEOC Charge No.: 425-2014-00897

August 15, 2014

Christine J. Williams
1662 Woods Road
Atmore, AL 36502

Dear Ms. Williams:

This is with reference to your recent written correspondence or intake questionnaire in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to the statute(s) checked off below:

[ X ]    The Age Discrimination in Employment Act (ADEA)

The attached EEOC Form 5, Charge of Discrimination, is a summary of your claims based on the information you provided. Because the document that you submitted to us constitutes a charge of employment discrimination, we have complied with the law and notified the employer that you filed a charge.  Before we investigate your charge, however, you must sign and return the enclosed Form.

To enable proper handling of this action by the Commission you should:
(1)   Review the enclosed charge form and call (251) 690-2588, if corrections are needed;
(2)   Sign and date the charge in the bottom left hand block where I have made an "X".  For purposes of meeting the deadline for filing a charge, the date of your original signed document will be retained as the original filling date; and,
(3)   Return the signed charge to this office.

Before we initiate an investigation, we must receive your signed Charge of Discrimination (EEOC Form 5).  Please sign and return the charge within thirty (30) days from the date of this letter.  Under EEOC procedures, if we do not hear from you within 30 days or receive your signed charge within 30 days, we are authorized to dismiss your charge and issue you a right to sue letter allowing you to pursue the matter in federal court.

Please use the "EEOC Charge No." listed at the top of this letter whenever you call us about this charge. Please also notify this office of any change in address or of any prolonged absence from home. Failure to cooperate in this matter may lead to dismissal of the charge.

Please also read the enclosed brochure, "What You Should Know Before You File A Charge With EEOC," for answers to frequently asked questions about employee rights and the EEOC process.  If you have any questions, please call me at the number listed below. If you have to call long distance, please call collect.

Sincerely,

Investigator Price
(251) 690-2588

Enclosure(s)
    Copy of EEOC Form 5, Charge of Discrimination
    Copy of EEOC Uniform Brochure, "What You Should Know Before You File A Charge With EEOC."
    Copy of EEOC Uniform Brochure, "What You Should Do After You Have Filed A Charge With EEOC."

 

## POARCH BAND OF CREEK INDIANS
## TRIBAL GOVERNMENT
## PERSONNEL POLICIES AND PROCEDURES[1]

### TABLE OF CONTENTS

I.      INTRODUCTION

II.     EMPLOYEE EXPECTATIONS HANDBOOK

III.    JOB POSTING

IV.     TIME OFF AND LEAVE

V.      FLEX-TIME

VI.     WAGE AND SALARY COMPENDIUM

VII.    DISCIPLINARY ACTION

VIII.   EMPLOYEE GRIEVANCE PROCEDURES

---

[1] Approved by motion of the Tribal Council on January 6th, 2011.




POARCH BAND OF CREEK INDIANS
TRIBAL GOVERNMENT
PERSONNEL POLICIES AND PROCEDURES

## I.    Introduction

The Poarch Band of Creek Indians Tribal Government is the heart of the Tribe—all other Tribal businesses and entities could not exist or share in the Tribe's sovereignty without a functioning government.  The Tribe's constitutional mandates include (1) continuing the Tribe's unique identity, (2) protecting the inherent sovereignty of the Tribe, (3) promoting cultural and religious beliefs, (4) helping tribal members achieve their highest potential in education, physical, and mental health and economic development, (5) maintaining good relations with Indian tribes, the United States, the state of Alabama, and local governments, (6) supporting the United States government and encouraging tribal members to be loyal citizens, (7) acquiring, developing and conserving resources to achieve economic and self-sufficiency for the Tribe, and (8) insuring that tribal members live in peace and harmony among themselves and with all other people.  *The Tribal Government's overall Purpose is to assist the Tribal Council in fulfilling these mandates.*

The Tribal Government is comprised of the Tribal Chairman's office and all departments and offices that report directly to the Tribal Chairman.  The Personnel Policies apply to all employees of Tribal Government because it clarifies expectations for all levels in daily operations.  Clarity in the workplace increases employees' security and job fulfillment.

## II.    Employee Expectations Handbook

Tribal Government's Human Resources Department is directed to develop and maintain a Tribal Government Employee Expectations Handbook.

The overall theme of the Tribal Government's Purpose is service to tribal members. The Employee Expectations Handbook should be designed to assist supervisors to deal consistently with human resources issues and to outline the rights, benefits, and expectations of the Tribal Government employees in light of the overall Purpose of Tribal Government.

This Handbook should provide all Tribal Government employees with a unique and supportive work environment that enables them to contribute, directly or indirectly, to this Purpose and should be based on the values that inspire tribal government employees to provide quality and effective service to tribal members with genuine caring and effort.  As a result, Tribal Government will be able to grow opportunities, both financially and otherwise, for both employees and tribal members.

The Handbook will be an integral part of these Personnel Policies and Procedures.

2

### III.   Job Posting

### A.   Purpose.

The objective of this job posting policy is to ensure that all tribal government employees are aware of and have the opportunity to apply for open positions either before or concurrent with the Tribal Government's consideration of external candidates for employment. It is the policy of Tribal Government to consider qualified tribal government employees when filling positions with the organization. However, promotions or job opportunities from within Tribal Government are not always possible because of the level of education, skills, experience, and/or other required qualifications for many positions. An employee's past performance, qualifications, education, and job experience are some of the important factors when making decisions relative to promotions or job opportunities.

Tribal Government would like to foster a workplace where qualified tribal government employees are encouraged to seek various career opportunities, gain valuable work experience, enhance their competencies, and increase job satisfaction.

### B.   Indian Preference.

The Tribe gives Indian preference in all aspects of employment in accordance with the provisions of the Poarch Band of Creek Indians Tribal Employment Rights Ordinance.

### C.   Job Posting.

All job postings for newly created or existing positions will be posted for internal (current employees of any Tribal entity) and Tribal Member interest for at least fourteen (14) days.

In lieu of advertising for emergency positions, a general pool of applicants may be reviewed and considered for filling such vacancies.

### D.   Applying for a Job.

1.     To apply for a posted position, an applicant shall submit the appropriate form for employment to the Human Resources Department.

2.     Internal candidates and Tribal members will be considered based up their competencies, performance, and qualifications as well as the needs of the hiring department or entity.

3.     Employees interested in a posted job opportunity are encouraged to first speak with their supervisor.  The supervisor should assist the employee in determining if he or she is eligible to apply for the position based upon the following criteria:

3

a.     The employee has been employed for at least six (6) months in his or her current position.

b.     The employee is no longer in a probationary status;

c.     The employee does not have a written reprimand or higher in his or her personnel file; and

d.     The employee meets the requirements and qualifications of the position.

4.     Employees who meet the criteria may then apply for a posted job opportunity by completing an appropriate form available at Human Resources or the Tribe's website.

5.     Human Resources and the hiring supervisor should review the employee's personnel  file to include performance feedback evaluations, training, and any formal disciplinary action or performance commendations. The hiring supervisor is strongly encouraged to contact the internal employee's immediate supervisor to discuss and/or request  information  about  the  internal employee's performance history.

7.     If the employee is selected for the position, the employee's current supervisor and the hiring supervisor will coordinate the transfer process.  Generally, two (2) weeks' notice should be given, based upon the needs of both areas.  The supervisors of both areas will collaboratively decide upon an acceptable notice period.

8.     If the employee is not selected, the hiring supervisor will contact the employee and provide him/her with feedback. In addition, the employee may partner with leadership to develop a training plan to further develop his/her competencies and/or skill sets.

9.     Human Resources may begin external recruitment for any vacant position after the internal job posting process has been completed.

## IV.    Time Off and Leave

## A.     Holidays.

The following holidays shall be recognized as paid holidays:

> New Year's Day, President's Day, Good Friday, Memorial Day, Independence Day, Labor Day, Veteran's Day, Christmas Eve, Christmas Day, Administrative Holiday, American Indian Day

Additional holidays may include any day designated as a holiday by federal statute, Executive Order of the President of the United States, or action of the Tribal Council.  Any holiday falling on a Saturday will be observed on the preceding Friday. Holidays falling on a Sunday will be observed on the following Monday.

4

For purposes of determining holiday pay, a day shall mean 8:00 a.m. on the day of the holiday through 8:00 a.m. the following day.  An eligible employee who is on a scheduled day off when a holiday is observed will be paid at his/her regular rate of pay for a maximum of eight (8) hours, provided that an employee was on full-pay status the working day before and after the working holiday. Any hourly employee who is required to work on a holiday and does work shall be paid time and one half his or her regular rate of pay for a maximum of eight (8) hours.  Any hourly employee who is not scheduled to work on a holiday but is required to work overtime on that holiday with supervisor approval shall be paid two times his or her regular rate of pay for a maximum of eight (8) hours and shall be paid at his or her regular rate of pay for all hours worked on that holiday over eight (8) hours.  Employees on flex-time schedules should consult the "Flex-Time" section of these personnel policies regarding rate of pay on holidays.

**B.      General Leave Policies.**

Regular employees of the Tribe are entitled to leave. When and how these leave benefits are used is subject to supervisory approval. Employees should keep in mind that the use of leave is granted as a privilege rather than a right. It should also be clearly understood that leave is granted to employees at such times as they can be conveniently spared from work.  Use of leave may be subject to verification and improper use of leave may be denied.  Leave may be denied due to the requirements of the workload, except as provided herein.

**1.      Request for Leave.** Except in emergency circumstances or as provided below, request for leave of any kind or duration must be initiated by the employee and presented to the immediate supervisor for approval prior to taking leave.  If an employee is incapacitated, the supervisor may place the employee on appropriate leave. *It is the responsibility of the department director and/or immediate supervisor to ensure the office is sufficiently staffed when approving leave.*

**2.      Leave Year.** The leave year shall consist of 26 pay periods and shall begin with the first complete pay period in any given calendar year and end with the 26th pay period.

**3.      Years of Service for Leave Benefits.** Years of service shall include all periods of continuous employment with the Tribe. Service prior to a break in service will not be included unless the break in service was the result of a reduction in force and the employee was reinstated within six months of the lay off.

**C.      Annual Leave for Hourly Employees.**

**1.      Accrual.** Regular full-time and eligible part-time hourly employees will accrue annual leave at the following rates:

0-5 years of service
20 ¼ - 40 hours accrues 1 hour per pay period

5

40 ¼ - 60 hours accrues 2 hours per pay period
60 ¼ -72 hours accrues 3 hours per pay period
72 ¼ -80 hours accrues 4 hours per pay period

5-10 years of service
20 ¼ - 40 hours accrues 1 ½ hours per pay period
40 ¼ - 60 hours accrues 3 hours per pay period
60 ¼ -72 hours accrues 4 ½ hours per pay period
72 ¼ -80 hours accrues 6 hours per pay period

10 or more years of service
20 ¼ - 40 hours accrues 2 hours per pay period
40 ¼ - 60 hours accrues 4 hours per pay period
60 ¼ -72 hours accrues 6 hours per pay period
72 ¼ -80 hours accrues 8 hours per pay period

**2.      Carryover.** Annual leave earned but not used prior to December 31 of each year may be carried over for use in the succeeding year provided that no more than forty (40) hours be carried over into the next year. Carryover annual leave must be used on or before June 30 of the subsequent year.  Carryover annual leave that is not used by June 30 of the subsequent year, will be forfeited.

**3.      Change in Employment Status.**

a.      An employee transferred to a position in which annual leave does not accrue will be paid for all accrued annual leave hours earned in his/her prior position.

b.      An employee who transfers to another regular status position shall have all accrued annual leave transferred.

**4.      Limitations.**

a.      Employees serving an initial performance review can accrue annual leave but cannot use accrued annual leave until after ninety (90) days of continuous employment.

b.      Termination within the first six (6) months of employment or the initial performance review periodvoids all accrued annual leave hours.

**5.      Liquidation of Annual Leave.** Subject to paragraph 4(b) above, upon separation from employment, an employee shall be paid for all accrued annual leave hours up to eighty (80) hours, unless the employee was terminated for financial impropriety or workplace violence and/or is ineligible for rehire. Payment will be included in the final paycheck subject to deductions for any indebtedness owed to the Tribe.

**D.**     **Sick Leave for Hourly Employees.**

**1.**     **Accrual.** Regular full-time and eligible part-time hourly employees will accrue sick leave at the rate of four (4) hours per pay period. Eligible employees accrue sick leave at the following rates:

> 20 ¼ - 40 hours accrues 1 hour per pay period
> 40 ¼ - 60 hours accrues 2 hours per pay period
> 60 ¼ -72 hours accrues 3 hours per pay period
> 72 ¼ -80 hours accrues 4 hours per pay period

**2.**     **Carryover.** Earned and unused sick leave may be carried over to a subsequent year. However, no more than 480 hours of sick leave shall be accrued at any time.

**E.**     **Leave for Exempt Employees.**

**1.**     **Personal Leave.** Each year, exempt employees shall have personal leave in accordance with their years of service to the Tribe as follows:

| Years of Service | Personal Leave |
|---|---|
| 0-5 Years | 25 days |
| 5-10 years | 30 days |
| 10 or more years | 35 days |

Personal leave for new hires will be prorated according to hire dates and will be as follows:

| | | | |
|---|---|---|---|
| January | 23 days | July | 11 days |
| February | 21 days | August | 8 days |
| March | 19 days | September | 6 days |
| April | 17 days | October | 4 days |
| May | 15 days | November | 2 days |
| June | 13 days | December | 0 days |

**2.**     **Use of Leave.** Personal leave shall be used in half day increments.

**3.**     **Conversion of Unused Previously Earned Annual and Sick Leave.** Effective December 31, 2008, any unused previously earned annual and sick leave shall be converted to personal leave.

**4.**     **Carryover/ Family Medical Leave Bank.** Any personal leave earned but not used prior to December 31 of each year may be carried over and banked for use in a

subsequent year for any FMLA Qualifying Event (as defined in Section I.2.).  However, at no time shall an exempt employee be permitted to bank more than sixty (60) personal days in his or her Family Medical Leave Bank.

**5.      Liquidation of Personal Leave.** Upon separation from employment, an exempt employee shall be paid for all personal leave up to ten (10) days, unless the employee was terminated for financial impropriety or workplace violence and/or is ineligible for rehire. Payment will be included in the final paycheck subject to deductions for any indebtedness owed to the Tribe.

**F.      Donated Leave**

**1.      Purpose.** The donated leave is for FMLA qualifying events only.  The sole purpose is to prevent leave without pay during a FMLA event.  All donated leave will be paid out of Tribal Government funds.

**2.      Hourly Employees.** An hourly employee may donate an amount of their accrued annual leave to an employee who is in a leave without pay status.  An hourly employee may donate one hour up to the total number of accrued annual leave they may have on file.  This will only include accrued annual leave; no sick leave can be donated.

**3.      Exempt Employees.** An exempt employee may donate a number of personal days or half days to an employee that is in a leave without pay status.  The personal leave has to be within the current work year.  No personal leave shall be donated out of the exempt employee's FMLA bank.

**4.      Utilization .** To be eligible for donated leave an employee shall have exhausted their entire personal, annual, sick and FMLA bank leave.  To utilize donated leave, an employee has to be eligible for FMLA. An hourly employee that is utilizing donated leave will not accrue annual or sick leave during this time.  Once the hourly employee has returned to work their accrual rate will resume.

**G.      Jury Duty.**

Employees are required to notify their supervisor promptly upon receipt of a jury summons and subsequent notice to serve as a juror.  Employees summoned for jury duty, including military jury duty, will receive their regular rate of pay for normal work hours, less any jury stipend received for time spent on duty, provided the employee submits evidence of the summons and/or selection notice.

**H.      Time off for Voting.**

Registered voters may receive authorization for up to two hours paid absence from work to vote in a Tribal, local, state or federal election. The length of absence will be granted at the discretion

8

of the immediate supervisor. Employees required to vote at a poll remote from their workstations may request an extension of the two-hour limit. The extension, if granted, will be charged to the employee's annual leave and may not exceed eight (8) hours.

I.   **Bereavement Leave.**

   1.   **Immediate Family Members.** Up to twenty-four (24) hours or three (3) days of bereavement leave may be granted in the case of the death of an immediate family member and must be approved by the employee's department director (or the director's immediate supervisor). For purposes of this bereavement policy, immediate family members include spouses, children, parents, siblings, grandparents, and grandchildren. These relationships are determined by affinity (marriage), consanguinity (blood), legal adoption, foster care or legal ward ship.

   2.   **Extended Family Members.** Up to sixteen (16) hours or two (2) days of bereavement leave may be granted in the case of the death of a non-immediate family member and must be approved by the employee's department director (or the director's immediate supervisor). For purposes of this bereavement policy, extended family members include aunt, uncle, niece, and nephew. These relationships are determined by consanguinity (blood).

   3.   **Tribal Council or Tribal Employee Funeral Attendance.** Bereavement Leave up to two (2) hours may be used to attend the funeral of a Tribal Council Member, former Tribal Council Member, or Tribal government employee and must be approved by the the employee's department director (or the director's immediate supervisor).

   4.   **Extenuating Circumstances.** The department director (or the director's immediate supervisor) may grant additional hours of bereavement leave in case of extenuating circumstances or special family relationships. Additional bereavement leave must be requested in writing with explanation of request.

J.   **Family Medical Leave.**

   1.   **Eligibility.** Employees who have been employed by the Tribe for at least twelve months; and have actually worked (i.e., in "active work status") at least one thousand two hundred fifty (1,250) hours during the past twelve months are entitled to   FMLA   leave regardless of gender. Active work status is defined as "the conditions under which a employee is actually in a work status and is eligible to receive pay but does not include vacation pay, sick leave, bereavement leave, compensatory time, holidays, personal leave, and disability leave."

   2.   **Qualifying Events.** The Family and Medical Leave Act (FMLA) allows eligible employees of the Tribe to take up to twelve workweeks of unpaid leave per rolling twelve-month period for the following qualifying events:

9

    (a)     The birth of a child;
    (b)     Placement with an employee of a child for adoption or foster care;
    (c)     Caring for a spouse, child, or parent with a serious health condition; or
    (d)     The serious health condition of the employee.

**3.      Request and Approval.** Employees requesting FMLA leave should request a leave of absence form and details from Human Resources. All requests for leave must be approved in writing by the department director (or the director's immediate supervisor) and supported with appropriate medical documentation. Although FMLA is unpaid leave, an employee may use available annual, sick, and/or personal leave for his/her medical issues if full-time and in active work status.

4.      **Request for Additional Leave.** Once an employee uses the full twelve (12) weeks of FMLA, he/she may request a leave of absence not to exceed thirty (30) days. This request must be submitted in writing and approved by the appropriate chain of command up to the department director. Requests made by department directors must be approved by applicable chain of command.

## K.      Military Leave

**1.      Eligibility.** Military leave shall be granted for a period not to exceed twenty-one (21) work days in any fiscal year; however, no more than fourteen (14) days shall be taken consecutively unless approved in advance through the employee's department director (or the director's immediate supervisor). During such military leave, the employee will receive the standard compensation without regard to any compensation received from the military unit for such services. Any military leave of absence required beyond twenty-one (21) days per fiscal year must be taken as annual leave or leave without pay. If the military exercise to be participated in is voluntary, granting of military leave shall be at the discretion of the department director (or the director's immediate supervisor). Each request for military leave shall indicate the branch of the U.S. Armed Forces Reserve in which the employee is a member. The employee shall be required to furnish a certificate from the commanding officer or a copy of the orders documenting the days for active duty training. An employee who enters active military duty in a branch of the U.S. Armed Forces Reserve will be granted unpaid military leave for that period of time in which reemployment is protected by law.

**2.      Benefits.** Taking military leave will not result in the loss of any employment benefits accrued before the date that the leave began. An employee returning from military service shall be re-instated to the level of benefits and seniority that the employee would have enjoyed had the service not occurred.

**3.      Re-instatement.** Within ninety (90) days after the employee with 180 days of military service receives an honorable discharge, the employee must make a written application for immediate reinstatement to their former position, provided the employee

is able to perform the required services. For those employees returning from military service resulting from a national emergency or draft, the Tribe shall make all reasonable efforts to ensure that the employee be returned to his or her original position. In the event that the position is grant funded and such funding has expired, the Tribe shall make all reasonable efforts to provide a similar position and wage scale to the employee.

**L.   Other Time Off and Leave.**

**1.       Tribal Board, Commission, or Committee Travel or Meetings.** If a tribal member-employee is traveling or attending a meeting for a particular board, committee and/or commission and such travel or meeting is not related to his or her tribal employment or job duties, the employee must use annual leave, alternate work hours, and/or leave without pay (if applicable) while traveling or attending meetings.

**2.       Alternate Work Hours.** Employees may request and supervisors may approve alternate work hours to occasionally and temporarily accommodate necessary and authorized changes to the employee's regularly scheduled work hours.

**3.       Unpaid Leave.** Unpaid leave may be granted to an employee at the sole discretion of the department director (or the director's immediate supervisor). Generally, available paid leave should be utilized prior to granting unpaid time off. While there is no limit to the amount of unpaid time off, employees should recognize that frequent or prolonged time away from work could call into question their commitment to the Tribe's Purpose.

**4.       Administrative Leave.** All employees may be granted administrative leave for reasons such as Tribal Government sponsored events (i.e., Employee Appreciation Day, Holiday Party, etc.) or disaster relief work. Administrative leave may be granted by the Tribal Administrator, with the concurrence of the Tribal Chairman. Use of administrative leave cannot generate overtime or hours in excess of 40 hours in one workweek.

**5.       Discretionary Leave.** The Tribal Council may grant discretionary leave for all employees for any reason the Tribal Council deems appropriate.

11

## V.     FLEX-TIME

### A.     Purpose

An exempt employee is expected to work the required number of hours to accomplish their duties and may be permitted to set their own schedule with appropriate notice to his or her supervisor. Flex-time is a work schedule that allows hourly employees to work schedules other than the standard 8:00 AM to 5:00 PM range, while maintaining a high level of service during the Tribe's peak operating hours (typically 9:00 AM to 4:00 PM).

### B.     Eligibility

Because services provided within the Tribe vary, not every hourly employee in each office will be able to work similar flex time schedules.  Therefore, the department director should carefully examine the requests for flex-time schedules, so that they can coordinate work schedules to ensure ample office coverage during peak hours.

### C.     Types of Flex-Time Schedules

There are three types of flex schedules from which to choose: Peak-Hour Flex-Time, Adjusted Lunch Period, and Compressed Workweek (A or B).  Once an employee selects a particular flex-time, the individual is expected to work that schedule in a consistent manner.

> **1.     Peak-Hour Flex Time**.  This flex-time schedule shifts daily work hours while still working an 8-hour day. For instance, instead of the normal 8-5 day, an employee could work from 7:00-4:00, 7:30- 4:30, 8:30-5:30, 9:00-6:00, etc.

> **2.     Adjusted Lunch Period**.  This flex-time schedule allows employees to adjust the length of their lunch period, while still working an 8-hour day. An employee can take a minimum of 30 minutes and a maximum of two hours for lunch. For instance, an employee might want to go to the gym everyday from 11:00–1:00 and consequently leave work at 6:00 rather than 5:00.

> **3.     Compressed Workweek**.  The compressed workweek schedule consists of three options:  (a) four 9-hour days and one 4-hour day, allowing employees to work a 40-hour week; or (b) four 10 hour days, allowing employees to work a 40-hour work week.

### D.     Managing Flex Time

It is the responsibility of the department director to verify and ensure performance of employees with flex-time schedules.  Flex-time schedules should be placed in the department's central location, so that all employees are aware of who is covering the department.  Good communication is critical to a successful flex-time policy. Hourly employees should realize that flex-time is a privilege, not a right, and if abused, can be taken away at the discretion of the supervisor.

### E.    Procedure

**1.    Application.**    To apply for flex time, an employee should complete the appropriate form and submit to his/her department director for approval.  If his or her director disapproves or revokes an employee's flex-time schedule, the director is required to give adequate justification for denying a flex schedule in writing.  The director may also revoke an employee's flex-time privileges at any time, but must provide adequate justification for revoking a flex-time schedule in writing.

**2.    Appeal.**  If an employee is denied the privilege of working a flex schedule or if an employee has a flex-time schedule revoked, the employee has the right to appeal. To appeal, an employee can write a letter, addressed to the person to whom the director reports, outlining his or her grievance. The department director who receives an appeal is required to respond within a week of receiving the letter. The appeal process can be utilized up to the level of Tribal Chairman. Any decision of the Tribal Chairman is final.

### F.    Use of Leave

When taking annual and sick leave, an hourly employee needs to be sure that the amount of leave time equals the number of hours they are expected to work on a given day.  For example, if an individual is working a compressed week (four 9-hour days, one 4-hour day) and takes annual leave Monday (a day that the employee works 9-hours), the employee needs to record nine hours of leave, rather than eight.

### G.    Travel and Holidays

When on travel for the Tribe, an hourly employee must revert back to an 8-hour schedule for the week in which the travel occurs.

An hourly employee using flex-time will be paid only 8 hours for a holiday.  If the holiday falls on an employee's scheduled work day during the flex-time workweek, then an employee must use annual leave or alternate work hours to complete the additional hour(s) needed to complete his or her work week.  If the holiday falls on an employee's scheduled day off, the holiday must be observed on another day within the same work week.

## VI.    WAGE AND SALARY COMPENDIUM

It is the policy of the Tribe to pay wages that are competitive with the wages of like jobs and required employee skill sets that are offered by employers within our competitive or geographic area.  On an annual basis, the Human Resources Department will conduct wage and salary surveys and compare the results to the wages and salaries paid by the Tribe.  Adjustments may be made to the Tribe's Wage and Salary Compendium to assure that the starting and max salaries and wages for every job are competitive as described above. In addition, the Tribal Council

13

reserves the right to implement a merit pay system, which would be the governing document of entry level salaries, promotions rates, bonuses and/or maximum salaries.

**A.     Limits**

**1.     Downward Adjustments.**  Individual wages for a particular job will not be adjusted downward as a result of a downward adjustment to the starting and max wage for that job contained in the Tribe's Wage and Salary Compendium.

**2.     Upward Adjustments.**  Individual wages for a particular job may be adjusted upward to reflect changes to the salary range for that job contained in the Tribe's Wage and Salary Compendium.

**3.     Maximum Salary or Wage.**  The maximum salary or wage for a particular job as reflected in the Tribe's Wage and Salary Compendium is the maximum that the Tribe will pay to an individual employee for the job in question, except that an individual's existing wage may exceed the maximum established in the Compendium because of COLA adjustments. Once an employee is at or above the Compendium maximum for a job, there will be no further award of upward base wage adjustments.

**4.     Promotion or Transfer Adjustments.**  Employees who elect to take a different job within the Tribe shall not be entitled to maintain the wage paid for the position that they leave.  For employees who elect to take a different job with the Tribe, the following shall generally apply to determine their new wage:

> ➢ If the employee's "old" wage falls within the salary range for the new job, then the employee's "new" wage may be the same as the "old" wage.

> ➢ If the employee's "old" wage is less than the starting wage for the new job, then the employee's "new" wage shall be the higher starting wage for the new job.

> ➢ If the employee's "old" wage is greater than the max wage for the new job, then the employee's "new" wage shall be the lower max wage for the new job, and the employee will be "topped out" as far as the base wage in the new job.

**B.     COLA, Merit Increases and Bonuses**

**1.     COLA.**  On or about January 1 of each calendar year, increases to individual salary may be adjusted annually to reflect cost of living adjustments (COLA) as adopted and published by the United States Federal Government.

**2.     Merit Increases and Bonuses.**  Each year, all employees will be subject to both a mid-year and an annual evaluation, which shall be approved through the applicable chain of command, up to the department director (or director's immediate supervisor), and

reviewed for compliance by the Human Resources Department. A mid-year review will occur by June 1, and an annual review will occur by November 1. (The evaluation forms should be developed in accordance with the Employee Expectations Handbook.) Based on the mid-year evaluation, the employee may be eligible for a merit increase that will be effective in the first full pay period of July. Based on the annual evaluation, the employee may be eligible for a bonus that will be awarded during the first full pay period in December. Any merit increase or bonus must be given in accordance with the percentage or amount approved for each purpose within each departmental budget by the Tribal Council for that fiscal year.

3.    **Holiday Gift.** All employees may be eligible to receive a holiday gift in an amount to be determined by the Tribal Council.

4.    **Compensation Cap.** Any and all merit increases, bonuses and/or holiday gifts shall not collectively exceed the maximum annual percentage or amount approved by the Tribal Council during the budgeting process for that fiscal year.

## VII. Disciplinary Action

It is the Tribe's expectation that all employees will conduct themselves according to generally accepted standards of conduct and performance. When employees do not meet these standards, it is the supervisor's/director's responsibility to act in a timely manner and initiate a program of disciplinary steps to address the problem. Examples of situations which may require the supervisor/director to take immediate action include, but are not limited to, fighting in the workplace, theft, refusal to perform work, excessive absenteeism or chronic tardiness.

This policy presents the basic principles and procedures of a system of progressive discipline which is intended to ensure that all employees are treated as consistently and fairly as possible throughout the Tribe. The disciplinary program has four major purposes: 1) to ensure that the employee knows what the problem is; 2) to communicate what the supervisor's/director's expectations are in order for the employee to correct the problem; 3) to provide appropriate penalties for improper work conduct; and 4) to provide a record of corrective action taken by supervisor/directors in such problem situations.

Progressive Discipline.

Progressive discipline is a formal process which includes several steps or levels of discipline, each of which provides the employee with the opportunity to correct the problem or inadequacy.

### A. Preliminary Actions.

Prior to moving to formal discipline, the supervisor/director should do the following:



1. Do a thorough fact-finding which includes collection of all information and applicable records.

2. Hold a discussion in private with the employee. During the discussion, the supervisor/director should state the problem clearly and allow the employee to respond.

3. Follow up with the employee after the meeting and after all information has been gathered, to report the findings. If the supervisor/director intends to move to formal discipline, the employee should be told at the conclusion of the follow-up meeting or as soon after as possible. It should be made clear to the employee which level or step of the discipline process is being applied.

4. Provide a follow up letter as soon after the meeting as possible. The letter should include the date and time of the follow-up meeting, a brief statement of the problem, the supervisor/director's expectations, and the conclusion reached in the meeting. The stage of discipline must be clearly noted and a statement made that lack of improvement will result in further discipline.

**B.  The Steps of Progressive Discipline.**

There are *four steps* in the progressive discipline process; however, in cases of misconduct or repeated infractions, the process may be shortened and the supervisor/director, in consultation with Human Resources, may move directly to a later step in the process, including termination.

All disciplinary action should be taken within a reasonable time frame. It is recommended that no more than two (2) days elapse between the time the supervisor/director learns or has knowledge of the offense and the action is taken.

1. <u>Oral Warning</u>. Oral warnings are appropriate for minor first offenses. It is important that supervisor/directors not overuse the oral warning for the same type of offense. No more than two (2) oral warnings should be given.

    The supervisor/director should have a full discussion with the employee before giving the warning to ensure that the employee has the opportunity to respond or to give additional information. If the supervisor/director believes that an oral warning is appropriate, it should be made clear to the employee that the oral warning is the first step in the progressive discipline process. The oral warning should be *documented* for the supervisor/director's record and it is recommended that a note summarizing the warning be given to the employee. The record and note should record the date, time and reason for the warning.

2. <u>Written Warning</u>. After an employee has received an oral warning, a subsequent offense should be addressed by a written reprimand as appropriate. Supervisor/directors must review the draft of the written reprimand with Human Resources. The supervisor/director

and employee first meet to discuss the problem. In the discussion, the supervisor/director must review the incident or performance problem which requires the reprimand and the supervisor/director and employee should exchange ideas and information regarding solution(s) to the problem. The written reprimand should be forwarded to Human Resources to be placed in the employee's official personnel. A copy of the written reprimand should be given to the employee directly following the discussion.

The written warning should:

- Be identified as a disciplinary warning;
- Describe as specifically as possible the situation which prompted the warning; including day, date, time, location, and what the supervisor/director saw or heard;
- Indicate why the behavior or performance is unacceptable;
- Review the decisions that were reached during the discussion regarding how the employee would correct the problem;
- State that if the behavior continues or other problems occur, additional corrective measures may be taken, which may result in termination of employment.
- Inform the employee of the grievance procedure.

If the written warning is given without a prior discussion regarding the incident between the supervisor/director and employee, the supervisor/director should discuss the matter with the employee when giving the employee the warning.

3. Final Written Warning. A Final Written Warning is the third step of the disciplinary procedure. It is intended to indicate to the employee the seriousness of the infraction and that the employee can reasonably expect that the next step is termination of employment.

The severity of the reason for the final written warning shall determine if the warning is with or without suspension. Before determining if an employee should be suspended, *the supervisor/director must meet with the employee* to discuss the incident or problem and consult with the Human Resources.

Any suspension as part of a written warning shall be for a predetermined amount of days not to exceed ten (10) consecutive work days, and the dates are determined by the supervisor/director in consultation with Human Resources. Suspensions will be without pay.

The final written warning shall include the following:

- Review of the performance problem.
- Identify the necessary corrective action.
- Attempt to resolve any underlying problems that may be interfering with the employee's ability to correct the performance problems.
- Restate prior counseling and any prior disciplinary actions.
- Establish effective date and time frame for corrective action.

- Clearly state that the next step is termination from employment without the opportunity for further improvement.
- Inform the employee of the grievance procedure.

4. <u>Termination</u>. Termination of employment is the conclusion of the progressive discipline process or the penalty for very serious offenses such as cases of dishonesty, flagrant misconduct, gross negligence, and so forth. If desired improvements do not occur, the supervisor/director has no choice other than to recommend termination. A written termination notice shall outline all previous actions, any new circumstances leading to the termination, and the effective date of termination. Any employee terminated as part of the disciplinary action process will be marked ineligible for rehire and will not be eligible to receive payment for unused annual/personal leave.



**C.   Immediate Release**

In certain situations, the supervisor/director may believe that immediate termination is warranted or the steps set forth above should not be used. Normally, this would occur in cases of dishonesty, flagrant misconduct, gross negligence, and so forth. These cases must be referred to the Tribal Administrator/Chairman for immediate review.

**D.  Retention of Records**

After one (1) year from the date of the disciplinary action, it will be removed from an employee's personnel file. If there are multiple disciplinary actions, all disciplinary actions will remain on file and will not be removed until after one (1) year from the date of the most current disciplinary action.

**E. Salary Adjustments and Employment Opportunities**

An employee with a written warning or higher disciplinary action in his/her personnel file is ineligible for salary adjustments, other than the cost of living adjustment as approved by the Tribal Council. The employee is also ineligible for transfers, promotions, and/or any other employment related opportunities.

**VIII.   Employee Grievance Procedures**

**A.    Policy.**

An eligible employee who feels aggrieved as a result of an application of disciplinary action such as discharge, suspension, loss of pay benefits, or an improper evaluation, has a right to utilize the following available procedures.

**B.    Eligibility.**

All regular status employees are eligible. Temporary and new employees still in the initial performance review period are not eligible.

**C.   Grievance Process.**

   **1.   Step One.**  An employee must file a written request for reconsideration with the supervisor who initiated the action within two (2) working days of the disciplinary action, with a copy to the Human Resources Department.  The supervisor must attempt to resolve the problem with the employee within five (5) working days after receipt of the request.

   **2.   Step Two.**  If resolution of the dispute is not accomplished, the employee should meet with the supervisor's superior to discuss the dispute. This meeting should take place within five (5) working days of the conclusion of Step One. The supervisor's department director should contact Human Resources if unable to resolve the dispute. If the dispute is resolved, a notice of the solution should be sent to Human Resources within five (5) working days.

   **3.   Step Three.**  Once the employee has pursued all options within the management chain, he or she has five (5) working days to request a peer review, which will be set up by Human Resources within five (5) working days of the request. During the grievance process, the employee might not be eligible to receive pay and benefits; however, if the dispute is resolved in favor of the employee, he or she will receive all back pay and benefits.

**D.   Peer Review Board.**

If the employee is not satisfied with the results of the dispute resolution, they may request a hearing before a Review Board.   Such request shall be made to the Human Resources Department in writing within five (5) working days of receiving the response of the supervisor's superior.

   **1.**   The Review Board shall consist of:

      a)   One (1) management representative having no supervision over the employee with the dispute.

      b)   Two (2) employees, chosen at random, from the same or similar job class or level as the employee at issue. The chosen employees should be full-time with no record of disciplinary action in the prior six (6) months.

      c)   One (1) representative from the Human Resources Department, who shall be a non-voting member of the Review Board. The Human Resources

representative should record the essence of the proceedings in the Peer Review. One (1) of the voting members of the Review Board shall be an enrolled member of the Poarch Band of Creek Indians if the dispute involves a tribal member. All three (3) voting members of the appointed Review Board shall be necessary to constitute a quorum.

2.    The Review Board shall be provided with all the documentation necessary to understand the situation at hand. They should prepare for the hearing by reading the documentation and asking questions to seek clarification. During the hearing, the Review Board should provide the employee and supervisor administering the discipline (collectively "the parties") the opportunity to comment on the process that was followed and the disciplinary action taken. The purpose of the Peer Review is to evaluate whether the disciplinary action was appropriate for the negative action of the employee.  The parties will also be allowed to comment on the process followed to ensure implementation with the personnel policies and procedures.  No outside representatives, including attorneys, may be present at any hearing before the Review Board. Witnesses with knowledge of the dispute may be asked by the employee to appear.

3.    The Peer Review Board shall review all testimony and reach a decision on the day of the hearing. All votes taken by the Review Board will be anonymous. The Human Resources professional on the Peer Review Board should help to encapsulate the decision in writing. The Peer Review Board is free to reach any decision to resolve the employee's dispute within the ambit of these personnel policies and procedures. They have no power whatsoever to change policies, procedures, or benefits. The Review Board may, however, make recommendations or highlight other problems in policies, procedures, or benefits. A copy of the Review Board's decision and the minutes of the hearing shall be forwarded to the Human Resources Department.

4.    All members of management and the members of the Review Board shall treat all disputes confidentially and therefore no one may disclose or receive any information concerning a dispute outside this process. This confidentiality is critical to protect employees, management, and the Tribe. If any one feels that they cannot adhere to the confidentiality requirements, they should decline to participate as a member of the Review Board.

20

# POARCH BAND OF CREEK INDIANS

**TRIBAL OFFICES**
5811 JACK SPRINGS ROAD          ATMORE, ALABAMA 36502
TELEPHONE: (251) 368-9136

*Exhibit B* 

June 17, 2014

MEMORANDUM

TO:          Christine Williams, Laboratory Manager

FROM:        Ginger Bergeron, Health

SUBJECT:     Application for Behavioral Health Manager

There have been numerous complaints/issues brought to my attention that included problems with time and attendance, unprofessional behavior, and harassment in the workplace. After review, for the best interest of the Tribe, I have no choice but to terminate your employment with the Tribe, effective today, June 17, 2014. You will be marked ineligible for re-hire.

You have the right to utilize the grievance procedure if you choose to. I have attached a copy for your review.

 *SEEKING PROSPERITY AND SELF-DETERMINATION* 

06/24/2014

To:      Christine Williams

From:   Ginger Bergeron, Health Administrator

Subject: Response to reconsideration

After numerous staff brought complaints / issues to me, I discuss these issues with Dr. Estvold on May 30th and let him know that I would seek guidance from HR and follow up with him thereafter.

I submitted all paperwork and documentation to HR and Tribal Administrator.  I asked for their guidance and input on appropriate disciplinary action based on the issues brought forward and policy.  Based on the consistent, numerous issues that were presented by several staff members, and due to the severity of the issues, the decision was made to terminate employment. Dr. Estvold was on vacation for three weeks during this time however, I contacted him and updated him on the decision.

 Based on the guidance and severity of the issues, I continue to support the decision to terminate employment.

Ginger Bergeron, Health Administrator

Exhibit B

# POARCH BAND OF CREEK INDIANS

## Seeking Prosperity and Self Determination



5811 Jack Springs Road
Atmore, AL 36502
251-368-9136
251-368-4502 Fax
www.poarchcreekindians-nsn.gov

July 24, 2014

Ms. Christine Williams:

Please know that I have reviewed your request for reconsideration regarding the recent termination. Also, I have looked at some of the issues you brought to my attention during our meeting on Wednesday, July 10, 2014.

After reviewing all the information related to this issue, I must concur with Ginger Bergeron's decision. I based my decision on the following:

- While investigating the issues I found that you were dishonest in regard to the promising of salary adjustments to your staff as well as your time and attendance by your own admission.
- One of your reasons for requesting reconsideration was because, in your opinion, the proper protocol and procedures were not followed because you had never received a verbal warning, corrective action or written reprimand for any negative work issues. Please know that per Personnel Policies and Procedures Section VII.C. state "In certain situations, the supervisor/director may believe that immediate termination is warranted or the steps set forth above should not be used. Normally, this would occur in cases of dishonesty, flagrant misconduct, gross negligence and so forth." With that being stated, proper protocol was followed in regard to your case.
- Please also be aware that your termination was because of problems with time and attendance, unprofessional behavior, and harassment in the workplace.

I will forward my decision to Human Resources. Human Resources shall inform you of your next step. If you have any questions, feel free to give me a call.

Sincerely,

*Edie Jackson*

Edie Jackson

Tribal Administrator

*Exhibit C*



# Poarch Creek Indians
### TIME AND ATTENDANCE REPORT
5811 Jack Springs Road
Atmore, Alabama 36502

**Employee ID:** 100436
**Name:** CHRISTINE . WILLIAMS

**Title:** Medical Technologist

**Pay Period:** 6/15/2014 to 6/28/2014

**Program :** Health-Laboratory (On-Site)

| DAY | TIME IN | TIME OUT | REGULAR HOURS WORKED | ANNUAL | SICK | ADMIN | OTHER | I.W.H. | TOTAL HOURS PAYABLE | PURPOSE OF IRREGULAR WORK HOURS/LEAVE | | | PAY CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | HOURS ON LEAVE | | | | APPROVAL FOR LEAVE | | | | | |
| SUNDAY | | | | | | | | | | | | | |
| MONDAY | 8 | 5 | 8 | | | | | | 8 | | | | |
| TUESDAY | 8 | 5 | 8 | | | | | | 8 | | | | |
| WEDNESDAY | | | | | | | | | | | | | |
| THURSDAY | | | | | | | | | | | | | |
| FRIDAY | | | | | | | | | | | | | |
| SATURDAY | | | | | | | | | | | | | |
| SUNDAY | | | | | | | | | | | | | |
| MONDAY | | | | | | | | | | | | | |
| TUESDAY | | | | | | | | | | | | | |
| WEDNESDAY | | | | | | | | | | | | | |
| THURSDAY | | | | | | | | | | | | | |
| FRIDAY | | | | | | | | | | | | | |
| SATURDAY | | | | | | | | | | | | | |
| **TOTAL HOURS** | | | 16 | | | | | = | 16 | | | | |

**I Certify The Above To Be True And Correct**

Correct

_____
Signature Of Employee        Date

Approved

_____
Signature Of Supervisor        Date   6/30/14

HST - 14

Paid By Check No:

PBCI-103 Revision 4

# Poarch Creek Indians

TIME AND ATTENDANCE REPORT
5811 Jack Springs Road
Atmore, Alabama 36502



**Employee ID:** 100436
**Name:** CHRISTINE . WILLIAMS
**Title:** Medical Technologist

**Pay Period:** 6/1/2014 to 6/14/2014
**Program :** Health-Laboratory (On-Site)

| DAY | TIME IN | TIME OUT | REGULAR HOURS WORKED | ANNUAL | SICK | ADMIN | OTHER | I.W.H. | TOTAL HOURS PAYABLE | PURPOSE OF IRREGULAR WORK HOURS/LEAVE | | PAY CODE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUNDAY | | | | | | | | | | | | | |
| MONDAY | — | — | — | | | | | | | | | | |
| TUESDAY | 8.00 | 5.00 | 8 | | | | | | 8 | | | | |
| WEDNESDAY | 8.00 | 5.00 | 8 | | | | | | 8 | | | | |
| THURSDAY | 8.00 | 5.00 | 8 | | | | | | 8 | | | | |
| FRIDAY | 8.00 | 5.00 | 8 | | | | | | 8 | | | | |
| SATURDAY | 730 | 400 | 8 | | | | | | 8 | | | | |
| SUNDAY | | | | | | | | | | | | | |
| MONDAY | — | — | — | 8 | | | | | 8 | | | | |
| TUESDAY | — | — | — | 8 | | | | | 8 | | | | |
| WEDNESDAY | — | — | — | 8 | | | | | 8 | | | | |
| THURSDAY | — | — | — | 8 | | | | | 8 | | | | |
| FRIDAY | — | — | — | 8 | | | | | 8 | | | | |
| SATURDAY | | | | | | | | | | | | | |
| TOTAL HOURS | | | 40 | 80 | | | | = | 80 | HST   40 | | | |
| | | | | | | | | | | HVAC   40 | | | |

**Correct** _Christine Williams_ 6/12/14
Signature Of Employee         Date

I Certify The Above To Be True And Correct

**Approved** _Lisa Bain_ 6/12/14
Signature Of Supervisor         Date

Paid By Check No: _____

PBCI-103 Revision 4

Exhibit C

# Poarch Creek Indians
### TIME AND ATTENDANCE REPORT
5811 Jack Springs Road
Atmore, Alabama 36502



**Employee ID:** 100436
**Name:** CHRISTINE . WILLIAMS

**Title:** Medical Technologist

**Pay Period:** 5/18/2014 to 5/31/2014

**Program :** Health-Laboratory (On-Site)

| DAY | TIME IN | TIME OUT | REGULAR HOURS WORKED | HOURS ON LEAVE | | | | APPROVAL FOR LEAVE | TOTAL HOURS PAYABLE | PURPOSE OF IRREGULAR WORK HOURS/LEAVE | PAY CODE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ANNUAL | SICK | ADMIN | OTHER | I.W.H. | | | | | |
| SUNDAY | | | | | | | | | | | | | |
| MONDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | |
| TUESDAY | 7:30 | 4:30 | 8 | | | | | | 8 | Diabetic Clinic | | | |
| WEDNESDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | |
| THURSDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | |
| FRIDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | |
| SATURDAY | | | | | | | | | | | | | |
| SUNDAY | | | | | | | | | | | | | |
| MONDAY | — | — | — | | | | 8 | | 8 | 7Holiday | | | |
| TUESDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | |
| WEDNESDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | |
| THURSDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | |
| FRIDAY | — | — | — | 8 | | | | | 8 | | | | |
| SATURDAY | | | | | | | | | | | | | |
| **TOTAL HOURS** | | | 64 | 8 | | | 8 | = | 80 | | | | |

I Certify The Above To Be True And Correct

**Correct**   *Christine Williams*   5-29-14
Signature Of Employee          Date

**Approved**   *[signature] Estwell*   5/29/14
Signature Of Supervisor       Date

Hsl   64
HVAC   8
Hitol   8

Paid By Check No:

PBCI-103 Revision 4

*Exhibit C*

# Poarch Creek Indians
TIME AND ATTENDANCE REPORT
5811 Jack Springs Road
Atmore, Alabama 36502



**Employee ID:** 100436
**Name:** CHRISTINE . WILLIAMS

**Title:** Medical Technologist

**Pay Period:** 5/4/2014 to 5/17/2014

**Program :** Health-Laboratory (On-Site)

| DAY | TIME IN | TIME OUT | REGULAR HOURS WORKED | HOURS ON LEAVE | | | | APPROVAL FOR LEAVE | | PURPOSE OF IRREGULAR WORK HOURS/LEAVE | PAY CODE | | |
| | | | | ANNUAL | SICK | ADMIN | OTHER | I.W.H. | TOTAL HOURS PAYABLE | | | | |
| **SUNDAY** | | | | | | | | | | | | | |
| **MONDAY** | 8:00 | 5:00 | 8 | | | | | | 8 | | | | |
| **TUESDAY** | 8:00 | 5:00 | 8 | | | | | | 8 | | | | |
| **WEDNESDAY** | 8:00 | 5:00 | 8 | | | | | | 8 | | | | |
| **THURSDAY** | 8:00 | 5:00 | 8 | | | | | | 8 | | | | |
| **FRIDAY** | 8:00 | 5:00 | 8 | | | | | | 8 | | | | |
| **SATURDAY** | | | | | | | | | | | | | |
| **SUNDAY** | | | | | | | | | | | | | |
| **MONDAY** | 8:00 | 5:00 | 8 | | | | | | 8 | | | | |
| **TUESDAY** | 7:30 | 4:30 | 8 | | | | | | 8 | | | | |
| **WEDNESDAY** | — | — | — | | 8 | | | | 8 | | | | |
| **THURSDAY** | 8:00 | 5:00 | 8 | | | | | | 8 | | | | |
| **FRIDAY** | 8:00 | 5:00 | 8 | | | | | | 8 | | | | |
| **SATURDAY** | | | | | | | | | | | | | |
| **TOTAL HOURS** | | | 72 | | 8 | | | = | 80 | | | | |

**I Certify The Above To Be True And Correct**

**Correct** *Christine Williams*          5-15-14
Signature Of Employee          Date

**Approved** *Tankee G Estvill MD*          5/15/14
Signature Of Supervisor          Date

HSF    72
HSIL    8

Paid By Check No:

PBCI-103 Revision 4

*Exhibit C*



### Poarch Creek Indians
TIME AND ATTENDANCE REPORT
5811 Jack Springs Road
Atmore, Alabama 36502

**Employee ID:** 100436
**Name:** CHRISTINE . WILLIAMS
**Title:** Medical Technologist

**Pay Period:** 4/20/2014 to 5/3/2014
**Program :** Health-Laboratory (On-Site)

| DAY | TIME IN | TIME OUT | REGULAR HOURS WORKED | ANNUAL | SICK | ADMIN | OTHER | I.W.H. | TOTAL HOURS PAYABLE | PURPOSE OF IRREGULAR WORK HOURS/LEAVE | | PAY CODE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUNDAY | | | | | | | | | | | | | |
| MONDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | |
| TUESDAY | 7:30 | 4:30 | 8 | | | | | | 8 | | | | |
| WEDNESDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | |
| THURSDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | |
| FRIDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | |
| SATURDAY | | | | | | | | | | | | | |
| SUNDAY | | | | | | | | | | | | | |
| MONDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | |
| TUESDAY | 8:00 | 3:00 | 6 | | 2 | | | | 8 | | | | |
| WEDNESDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | |
| THURSDAY | 8:00 | 12:00 | 4 | 4 | | | | | 8 | | | | |
| FRIDAY | 8:00 | 11:30 | 3.5 | | 2 | 2.5 | | | 8 | | | | |
| SATURDAY | | | | | | | | | | | | | |
| **TOTAL HOURS** | | | 69.5 | 4 | 4 | 2.5 | = | | 80 | | | . | |

**I Certify The Above To Be True And Correct**

Correct ___Christine Williams___ 4-30-14
            Signature Of Employee      Date

Approved ___Parker A Edwoce MD___ 5/1/14
            Signature Of Supervisor      Date

HST   76
HSIL   4

Paid By Check No: _____

PBCI-103 Revision 4

*Exhibit C*

# Poarch Creek Indians
### TIME AND ATTENDANCE REPORT
5811 Jack Springs Road
Atmore, Alabama 36502



**Employee ID:** 100436
**Name:** CHRISTINE . WILLIAMS
**Title:** Medical Technologist

**Pay Period:** 4/6/2014 to 4/19/2014
**Program:** Health-Laboratory (On-Site)

| DAY | TIME IN | TIME OUT | REGULAR HOURS WORKED | ANNUAL | SICK | ADMIN | OTHER | I.W.H. | TOTAL HOURS PAYABLE | PURPOSE OF IRREGULAR WORK HOURS/LEAVE | | PAY CODE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HOURS ON LEAVE | | | APPROVAL FOR LEAVE | | | | | | |
| SUNDAY | | | | | | | | | | | | | | |
| MONDAY | — | — | — | | | | 8 | | 8 | Travel Training | | | | |
| TUESDAY | — | — | — | | | | 8 | | 8 | Burlington, Vermont | | | | |
| WEDNESDAY | — | — | — | | | | 8 | | 8 | " | | | | |
| THURSDAY | — | — | — | | | | 8 | | 8 | " | | | | |
| FRIDAY | — | — | — | | | | 8 | | 8 | " | | | | |
| SATURDAY | | | | | | | | | | | | | | |
| SUNDAY | | | | | | | | | | | | | | |
| MONDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | | |
| TUESDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | | |
| WEDNESDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | | |
| THURSDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | | |
| FRIDAY | — | — | — | | | | 8 | | 8 | Holiday | | | | |
| SATURDAY | | | | | | | | | | | | | | |
| TOTAL HOURS | | | 32 | | | | 48 | = | 80 | | | | | |

**I Certify The Above To Be True And Correct**

**Correct** Christine Williams      4-16-14
Signature Of Employee                Date

**Approved** Parker M. Estoll      4/16/14
Signature Of Supervisor              Date

Paid By Check No:

PBCI-103 Revision 4



# Poarch Creek Indians
TIME AND ATTENDANCE REPORT
5811 Jack Springs Road
Atmore, Alabama 36502

**Employee ID:** 100436
**Name:** CHRISTINE . WILLIAMS

**Title:** Medical Technologist

**Pay Period:** 3/23/2014 to 4/5/2014

**Program :** Health-Laboratory (On-Site)

| DAY | TIME IN | TIME OUT | REGULAR HOURS WORKED | ANNUAL | SICK | ADMIN | OTHER | I.W.H. | TOTAL HOURS PAYABLE | PURPOSE OF IRREGULAR WORK HOURS/LEAVE | | | PAY CODE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | HOURS ON LEAVE | | | | APPROVAL FOR LEAVE | | | | | | |
| SUNDAY | | | | | | | | | | | | | | |
| MONDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | | |
| TUESDAY | 7:30 | 4:30 | 8 | | | | | | 8 | Diabetic Clinic | | | | |
| WEDNESDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | | |
| THURSDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | | |
| FRIDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | | |
| SATURDAY | | | | | | | | | | | | | | |
| SUNDAY | | | | | | | | | | | | | | |
| MONDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | | |
| TUESDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | | |
| WEDNESDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | | |
| THURSDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | | |
| FRIDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | | |
| SATURDAY | | | | | | | | | | | | | | |
| **TOTAL HOURS** | | | 80 | | | | | = | 80 | HST 80 | | | | |

I Certify The Above To Be True And Correct

**Correct**   *Christine Williams*   4-3-2014
Signature Of Employee          Date

**Approved**   *Karen T. Estrella MD*   4/3/14
Signature Of Supervisor          Date

Paid By Check No:

PBCI-103 Revision 4



# Poarch Creek Indians
### TIME AND ATTENDANCE REPORT
5811 Jack Springs Road
Atmore, Alabama 36502

**Employee ID:** 100436
**Name:** CHRISTINE . WILLIAMS

**Title:** Medical Technologist

**Pay Period:** 3/9/2014 to 3/22/2014

**Program :** Health-Laboratory (On-Site)

| DAY | TIME IN | TIME OUT | REGULAR HOURS WORKED | HOURS ON LEAVE | | | | APPROVAL FOR LEAVE | TOTAL HOURS PAYABLE | PURPOSE OF IRREGULAR WORK HOURS/LEAVE | PAY CODE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ANNUAL | SICK | ADMIN | OTHER | I.W.H. | | | | | |
| SUNDAY | | | | | | | | | | | | | |
| MONDAY | — | — | — | 8 | | | | | 8 | | | | |
| TUESDAY | 7:30 | 4:30 | 8 | | | | | | 8 | | | | |
| WEDNESDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | |
| THURSDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | |
| FRIDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | |
| SATURDAY | | | | | | | | | | | | | |
| SUNDAY | | | | | | | | | | | | | |
| MONDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | |
| TUESDAY | 7:30 | 4:30 | 8 | | | | | | 8 | | | | |
| WEDNESDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | |
| THURSDAY | 8:00 | 12:00 | 4 | 4 | | | | | 8 | | | | |
| FRIDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | |
| SATURDAY | | | | | | | | | | | | | |
| TOTAL HOURS | | | 68 | 12 | | | | = | 80 | | | | |

I Certify The Above To Be True And Correct

HST   68
HMC

**Correct**   _Christine Williams_   **Date** 3/20/14
Signature Of Employee

**Approved**   _Parker H Estrold MD_   **Date** 3/20/14
Signature Of Supervisor

Paid By Check No: _____

PBCI-103 Revision 4

*Exhibit C*

# Poarch Creek Indians
TIME AND ATTENDANCE REPORT
5811 Jack Springs Road
Atmore, Alabama 36502



**Employee ID:** 100436
**Name:** CHRISTINE . WILLIAMS
**Title:** Medical Technologist
**Pay Period:** 2/23/2014 to 3/8/2014
**Program :** Health-Laboratory (On-Site)

| DAY | TIME IN | TIME OUT | REGULAR HOURS WORKED | HOURS ON LEAVE | | | | APPROVAL FOR LEAVE | TOTAL HOURS PAYABLE | PURPOSE OF IRREGULAR WORK HOURS/LEAVE | PAY CODE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ANNUAL | SICK | ADMIN | OTHER | I.W.H. | | | | | |
| SUNDAY | | | | | | | | | | | | | |
| MONDAY | 8.00 | 5.00 | 8 | | | | | | 8 | | | | |
| TUESDAY | 8.00 | 5.00 | 8 | | | | | | 8 | | | | |
| WEDNESDAY | 8.00 | 5.00 | 8 | | | | | | 8 | | | | |
| THURSDAY | — | — | — | | | | 8 | | 8 | Travel Nashville | | | |
| FRIDAY | — | — | — | | | | 8 | | 8 | Award Ceremony | | | |
| SATURDAY | | | | | | | | | | | | | |
| SUNDAY | | | | | | | | | | | | | |
| MONDAY | 8.00 | 5.00 | 8 | | | | | | 8 | | | | |
| TUESDAY | 7:30 | 4.30 | 8 | | | | | | 8 | | | | |
| WEDNESDAY | 8.00 | 5.00 | 8 | | | | | | 8 | | | | |
| THURSDAY | 8.00 | 5.00 | 8 | | | | | | 8 | | | | |
| FRIDAY | 8.00 | 5.00 | 8 | | | | | | 8 | | | | |
| SATURDAY | | | | | | | | | | | | | |
| TOTAL HOURS | | | 64 | | | | 16 | = | 80 | HST 80 | | | |

**I Certify The Above To Be True And Correct**

**Correct**   _Christine Williams_   3/6/14
Signature Of Employee   Date

**Approved**   _Parker H Estell MD_ 3/6/14
Signature Of Supervisor   Date

Paid By Check No:

PBCI-103 Revision 4

# Poarch Creek Indians

TIME AND ATTENDANCE REPORT
5811 Jack Springs Road
Atmore, Alabama 36502



**Employee ID:** 100436
**Name:** CHRISTINE . WILLIAMS

**Title:** Medical Technologist

**Pay Period:** 2/9/2014 to 2/22/2014

**Program :** Health-Laboratory (On-Site)

| DAY | TIME IN | TIME OUT | REGULAR HOURS WORKED | ANNUAL | SICK | ADMIN | OTHER | I.W.H. | TOTAL HOURS PAYABLE | PURPOSE OF IRREGULAR WORK HOURS/LEAVE | | PAY CODE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | HOURS ON LEAVE | | | | APPROVAL FOR LEAVE | | | | | |
| SUNDAY | | | | | | | | | | | | | |
| MONDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | |
| TUESDAY | 7:30 | 4:30 | 8 | | | | | | 8 | | | | |
| WEDNESDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | |
| THURSDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | |
| FRIDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | |
| SATURDAY | | | | | | | | | | | | | |
| SUNDAY | | | | | | | | | | | | | |
| MONDAY | — | — | — | | | | 8 | | 8 | Holiday | | | |
| TUESDAY | 7:30 | 4:30 | 8 | | | | | | 8 | | | | |
| WEDNESDAY | 8:00 | 12:00 | 4 | | 4 | | | | 8 | | | | |
| THURSDAY | | | | | 8 | | | | 8 | | | | |
| FRIDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | |
| SATURDAY | | | | | | | | | | | | | |
| TOTAL HOURS | | | 60 | | 12 | | 8 | = | 80 | | | | |

I Certify The Above To Be True And Correct

Correct _Christine Williams_   Date 2/20/14

Signature Of Employee

Approved _[signature] Esfeld MD_   2/20/14

Signature Of Supervisor   Date

HFT   60
HSL   12
HHOL   8

Paid By Check No:

PBCI-103 Revision 4

*Exhibit C*

# Poarch Creek Indians
### TIME AND ATTENDANCE REPORT
5811 Jack Springs Road
Atmore, Alabama 36502



**Employee ID:** 100436
**Name:** CHRISTINE . WILLIAMS

**Title:** Medical Technologist

**Pay Period:** 1/26/2014 to 2/8/2014

**Program :** Health-Laboratory (On-Site)

| DAY | TIME IN | TIME OUT | REGULAR HOURS WORKED | ANNUAL | SICK | ADMIN | OTHER | I.W.H. | TOTAL HOURS PAYABLE | PURPOSE OF IRREGULAR WORK HOURS/LEAVE | | | PAY CODE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | HOURS ON LEAVE → | | | | | | |
| SUNDAY | | | | | | | | | | | | | | |
| MONDAY | — | — | — | | | | 8 | | 8 | Travel Miami, FL | | | | |
| TUESDAY | — | — | — | | | | 8 | | 8 | Training Bettlet Coulter | | | | |
| WEDNESDAY | — | — | — | | | | 8 | | 8 | " analyzer | | | | |
| THURSDAY | — | — | — | | | | 8 | | 8 | " | | | | |
| FRIDAY | — | — | — | | | | 8 | | 8 | Training / Travel | | | | |
| SATURDAY | | | | | | | | | | | | | | |
| SUNDAY | | | | | | | | | | | | | | |
| MONDAY | 8:00 | 4:00 | 7 | 1 | | | | | 8 | | | | | |
| TUESDAY | 7:30 | 4:30 | 8 | | | | | | 8 | | | | | |
| WEDNESDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | | |
| THURSDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | | |
| FRIDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | | |
| SATURDAY | | | | | | | | | | | | | | |
| **TOTAL HOURS** | | | 39 | 1 | | | 40 | = | 80 | | | | | |

**Correct**

I Certify The Above To Be True And Correct

_Christine Williams_    2-5-14
Signature Of Employee     Date

HST '14
HVL

**Approved**

_Parker S. Eastwood MD_    2/5/14
Signature Of Supervisor     Date

Paid By Check No:

PBCI-103 Revision 4

# Poarch Creek Indians

TIME AND ATTENDANCE REPORT
5811 Jack Springs Road
Atmore, Alabama 36502



**Employee ID:** 100436
**Name:** CHRISTINE . WILLIAMS

**Title:** Medical Technologist

**Pay Period:** 1/12/2014 to 1/25/2014

**Program :** Health-Laboratory (On-Site)

| DAY | TIME IN | TIME OUT | REGULAR HOURS WORKED | HOURS ON LEAVE | | | | APPROVAL FOR LEAVE | | TOTAL HOURS PAYABLE | PURPOSE OF IRREGULAR WORK HOURS/LEAVE | PAY CODE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ANNUAL | SICK | ADMIN | OTHER | I.W.H. | | | | | | |
| SUNDAY | | | | | | | | | | | | | | |
| MONDAY | 8.00 | 5.00 | 8 | | | | | | | 8 | | | | |
| TUESDAY | 7:30 | 4:30 | 8 | | | | | | | 8 | | | | |
| WEDNESDAY | 8:00 | 5:00 | 8 | | | | | | | 8 | | | | |
| THURSDAY | 8:00 | 5:00 | 8 | | | | | | | 8 | | | | |
| FRIDAY | 8:00 | 5:00 | 8 | | | | | | | 8 | | | | |
| SATURDAY | | | | | | | | | | | | | | |
| SUNDAY | | | | | | | | | | | | | | |
| MONDAY | — | — | — | 8 | | | | 8 PT | | 8 | | | | |
| TUESDAY | 7:30 | 4:30 | 8 | | | | | | | 8 | | | | |
| WEDNESDAY | 8:00 | 5:00 | 8 | | | | | | | 8 | | | | |
| THURSDAY | 8:00 | 5:00 | 8 | | | | | | | 8 | | | | |
| FRIDAY | 8:00 | 5:00 | 8 | | | | | | | 8 | | | | |
| SATURDAY | | | | | | | | | | | | | | |
| **TOTAL HOURS** | | | 72 8 | | | | 8 | = | | 80 | | | | |

**I Certify The Above To Be True And Correct**

Correct _Christine Williams_          1-23-14
_____   _____
Signature Of Employee              Date

Approved _Parker H Estvold MD_   1/23/14
_____   _____
Signature Of Supervisor            Date

HST   72
PTO   8

Paid By Check No: _____

PBCI-103 Revision 4

# Poarch Creek Indians

TIME AND ATTENDANCE REPORT
5811 Jack Springs Road
Atmore, Alabama 36502

*Exhibit C*



**Employee ID:** 100436
**Name:** CHRISTINE . WILLIAMS

**Title:** Medical Technologist

**Pay Period:** 12/29/2013 to 1/11/2014

**Program :** Health-Laboratory (On-Site)

| DAY | TIME IN | TIME OUT | REGULAR HOURS WORKED | ANNUAL | SICK | ADMIN | OTHER | I.W.H. | TOTAL HOURS PAYABLE | PURPOSE OF IRREGULAR WORK HOURS/LEAVE | | PAY CODE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **HOURS ON LEAVE** | | | | **APPROVAL FOR LEAVE** | | | | | |
| SUNDAY | | | | | | | | | | | | | |
| MONDAY | 8.60 | 5.00 | 8 | | | | | | 8 | | | | |
| TUESDAY | 8:00 | 5:00 | 8 | | | | | | 8 | | | | |
| WEDNESDAY | — | — | — | | | | 8 | | 8 | Holiday | | | |
| THURSDAY | 8.00 | 5.00 | 8 | | | | | | 8 | | | | |
| FRIDAY | 8.00 | 5.00 | 8 | | | | | | 8 | | | | |
| SATURDAY | | | | | | | | | | | | | |
| SUNDAY | | | | | | | | | | | | | |
| MONDAY | 8.00 | 5.00 | 8 | | | | | | 8 | | | | |
| TUESDAY | 7:30 | 4:30 | 8 | | | | | | 8 | | | | |
| WEDNESDAY | 8.00 | 5.00 | 8 | | | | | | 8 | | | | |
| THURSDAY | 8.00 | 5.00 | 8 | | | | | | 8 | | | | |
| FRIDAY | 8.00 | 3.00 | 6 | 2 | | | | | 8 | | | | |
| SATURDAY | | | | | | | | | | | | | |
| **TOTAL HOURS** | | | 70 | 2 | | | 8 | = | 80 | | | | |

**I Certify The Above To Be True And Correct**

Correct _Christine Williams_   1-9-14
Signature Of Employee        Date

Approved _Parker A Estrell MD_   1/9/14
Signature Of Supervisor        Date

Act 70
HVX 2
HH 8

Paid By Check No:

PBCI-103 Revision 4

# Poarch Creek Indians
TIME AND ATTENDANCE REPORT
5811 Jack Springs Road
Atmore, Alabama 36502



**Employee ID:** 100436
**Name:** CHRISTINE . WILLIAMS

**Title:** Medical Technologist

**Pay Period:** 12/15/2013 to 12/28/2013
**Program :** Health-Laboratory (On-Site)

| DAY | TIME IN | TIME OUT | REGULAR HOURS WORKED | HOURS ON LEAVE | | | | APPROVAL FOR LEAVE | | TOTAL HOURS PAYABLE | PURPOSE OF IRREGULAR WORK HOURS/LEAVE | PAY CODE | | |
| | | | | ANNUAL | SICK | ADMIN | OTHER | I.W.H. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUNDAY | | | | | | | | | | | | | | |
| MONDAY | 8:00 | 5:00 | 8 | | | | | | | 8 | | | | |
| TUESDAY | — | — | — | 8 | | | | | | 8 | | | | |
| WEDNESDAY | 8:00 | 5:00 | 8 | | | | | | | 8 | | | | |
| THURSDAY | 8:00 | 5:00 | 8 | | | | | | | 8 | | | | |
| FRIDAY | 8:00 | 12:00 | 4 | | | 2 | 2 | | | 8 | | | | |
| SATURDAY | | | | | | | | | | | | | | |
| SUNDAY | | | | | | | | | | | | | | |
| MONDAY | — | — | — | 8 | | | | | | 8 | | | | |
| TUESDAY | — | — | — | | | | 8 | | | 8 | Holiday | | | |
| WEDNESDAY | — | — | — | | | | 8 | | | 8 | Holiday | | | |
| THURSDAY | — | — | — | 8 | | | | | | 8 | | | | |
| FRIDAY | — | — | — | 8 | | | | | | 8 | | | | |
| SATURDAY | | | | | | | | | | | | | | |
| **TOTAL HOURS** | | | 28 | 32 | | 2 | 18 | = | | 80 | | | | |

**I Certify The Above To Be True And Correct**

**Correct** ___Christine Williams___
Signature Of Employee            Date

**Approved** ___Parker A Estrada MD  12/18/13___
Signature Of Supervisor          Date

HEST    32
HVAC    32
HHCL    16

Paid By Check No:

PBCI-103 Revision 4

Department of Health & Human Services
Atlanta Regional Office
Centers for Medicare & Medicaid Services
61 Forsyth Street, S.W., Suite 4T20
Atlanta, Georgia 30303-8909



**CMS**
CENTERS FOR MEDICARE & MEDICAID SERVICES
CONSORTIUM FOR QUALITY IMPROVEMENT
AND SURVEY & CERTIFICATION OPERATIONS

May 7, 2014

Parker Estvold, M.D., Director
Poarch Band of Creek Indians
5811 Jackspring Road
Atmore, AL 36502

RE: CLIA Recertification Survey
    CLIA#: 01D0671486

In order for a laboratory to perform testing under the Clinical Laboratory Improvement
Amendments of 1988 (CLIA), Public Law 100-578, it must comply with all CLIA requirements.
These requirements are found in section 353 of the Public Health Service Act (42 U.S.C. § 263a)
and 42 Code of Federal Regulations, Part 493 (42 C.F.R. § 493). Federal regulations require on
site surveys to determine whether or not a laboratory is in compliance with the applicable
regulations. Compliance with these regulations is a condition of certification for the CLIA
program.

The Centers for Medicare & Medicaid Services (CMS) conducted a recertification survey of your
laboratory on April 2, 2014. The results of the survey showed that all CLIA Condition-level
requirements were met during the time of the onsite survey, so we are recertifying your laboratory
with the CLIA program.

Please note that the routine survey takes an overview of the laboratory through random sampling.
By its nature, the routine survey may not find every instance of non-compliance that may have
occurred in the laboratory. It remains the responsibility of the laboratory and its director to ensure
that the laboratory is at all times following all CLIA requirements, to identify any problems in the
laboratory and take corrective action specific to the problems, and to institute appropriate quality
assessment measures to ensure that the deficient practices do not recur.

If you have any questions, feel free to contact Gwendolyn Williams at (404) 562-7443 or by fax to
(443)380-5897.

Sincerely,

for Gwendolyn Williams

Sandra M. Pace
Associate Regional Administrator
Division of Survey and Certification

PE
5/12/14

Recommendations of Peer Review - Inbox - Yahoo Mail    Page 1 of 1
Case 1:14-cv-00594-CG-M   Document 1   Filed 12/22/14   Page 45 of 67
*Exhibit E*



Christine,

The following is the recommendations by the Peer Review Team:
1.  Demote from Medical Laboratory Manager to position of Medical Laboratory Scientist
2.  Reduced salary to $23.95 per hour top of range
3.  On 1 (one) year probation
4.  Monthly evaluations
5.  Closely monitor performance and time/attendance
6.  Training in needed areas

Please review; I will need your responds by 5:00 today's date (Tuesday, October 7, 2014).  Thank you.

*Exhibit F*

# Poarch Creek Indians
# Employee Performance Evaluation

*Revised 10/2011*

| Employee Name: CHRISTINE WILLIAMS | Position: CHIEF MEDICAL TECHNOLOGIST |
|---|---|
| Supervisor (Reviewer): PARKER ESTVOLD | Department Director: GINGER BERGERON |
| Reason for review: ☐ EOP  ☐ Mid-Year  ☐ Annual  ☐ Other | Original Date of Hire: 1/9/93 |

**Ratings: ES-Exceeds Standards   MS-Meets Standards   IN-Improvement Needed   US-Unsatisfactory   N/A-Not Applicable**

## SECTION I: PERFORMANCE FACTORS   Please mark the appropriate block.

**JOB KNOWLEDGE: Consider the employee's knowledge and application of the techniques, skills, procedures, expertise, etc., required to perform the job.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Possesses technical knowledge and displays understanding of all aspects of the job. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Demonstrates ability to make sound, feasible decisions in a timely, independent manner. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Develops policies and procedures in an appropriate manner. | ☒ | ☒ | ☐ | ☐ | ☐ |
| 4. Interprets and applies policy accurately and consistently. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 5. Demonstrates analytical, objective approach to problem solving. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 6. Demonstrates effective verbal and written communication skills. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 7. Understands and applies fiscally sound budgetary principles. | ☐ | ☒ | ☐ | ☐ | ☐ |

**ACCOMPLISHMENT OF OBJECTIVES: Consider the employee's performance results on specific projects, objectives and/or goals assigned during this review period.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Establishes and accomplishes realistic objectives. | ☐ | ☒ | ☐ | ☐ | ☐ |
| 2. Systematically assembles and arranges work to meet objectives. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Understands, supports, and strives to meet annual goals and objectives of unit. | ☒ | ☐ | ☐ | ☐ | ☐ |

**QUALITY OF WORK: Consider accuracy, completeness, neatness and employee's performance in maintaining high quality of work standards.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Attends to details in a dependable, conscientious manner. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Transmits information and requests expeditiously and accurately. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Produces accurate, thorough and reliable results. | ☒ | ☐ | ☐ | ☐ | ☐ |

**PRODUCTIVITY: Consider the amount of work accomplished and the effective utilization of time and efforts on key work related issues and problems.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Establishes and meets realistic milestones for task completion. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Exhibits professional behavior under stress. | ☐ | ☒ | ☐ | ☐ | ☐ |
| 3. Effectively manages multiples tasks and responsibilities. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 4. Consistently produces results relative to duties. | ☒ | ☐ | ☐ | ☐ | ☐ |

**INITIATIVE AND CREATIVITY: Consider the employee's ability to initiate and follow through with appropriate action and ability to develop ways to handle new or unusual work situations through wise use of human and financial resources.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Plans effectively and imaginatively. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Seeks innovative means to improve quality. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Facilitates the decision making process. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 4. Recognizes needs and originates actions. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 5. Adapts to changing priorities, new ideas and methods. | ☒ | ☐ | ☐ | ☐ | ☐ |

**INTERPERSONAL RELATIONS: Consider the employee's ability to establish and maintain effective working relationships with the public and co-workers.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Demonstrates honesty, integrity and trust in all working relationships. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Demonstrates ability to resolve or amend conflicts or concerns in a positive manner. | ☐ | ☒ | ☐ | ☐ | ☐ |
| 3. Builds relationships in which people come first and all are treated with dignity and respect. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 4. Acts as a team member in the accomplishment of assigned tasks. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 5. Encourages and accepts constructive feedback. | ☒ | ☐ | ☐ | ☐ | ☐ |

**SUPERVISORY SKILLS: Consider the employee's ability to effectively manage human resources. Consider factors such as delegation of authority, leadership, training/development and team building.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Demonstrates excellence in a leadership by promoting teamwork, creativity and a strong work ethic in achieving the goals and objectives of the department. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Promotes training and development of employees. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Encourages employees to learn new skills and accept new challenges in meeting their career goals. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 4. Delegates authority through clearly stated objectives and assigned accountability. | ☐ | ☒ | ☐ | ☐ | ☐ |
| 5. Understands and adheres to personnel policies and procedures. | ☒ | ☐ | ☐ | ☐ | ☐ |

**DEPENDABILITY: Consider the employee's availability and responsiveness to assigned duties and reliability in performing them properly. Also consider attendance and punctuality.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Assumes full responsibility for assigned tasks. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Completes work in a timely manner. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Accepts full accountability for his/her actions and those he/she supervises. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 4. Exhibits consistency in regular attendance and considers work load when requesting leave. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 5. Demonstrates responsibility by prompt attendance. | ☐ | ☒ | ☐ | ☐ | ☐ |

**SECTION II: COMMENTS**

Supervisor Comments: Based on the appraisal you have made, please complete the following. Use additional paper if necessary.

1. Is this employee well suited for the type of work he/she is now doing.   ☒ Yes   ☐ No

2. Recommendations for improvement: No specific recommendations - but with new equipment and expanded staff - her supervisory skills will be put to the test

3. Recommendations for additional training or development: Christine and her staff have attended numerous training sessions associated w/ the new equipment and new procedures

4. What is your overall evaluation of employee? ☒ Excellent  ☐ Above Average  ☐ Average  ☐ Poor  ☐ Unsatisfactory

   Comments: Christine has been the mainstay of the lab for twenty years with her guidance and expertise - the lab has been a "constant" in the clinic - and has now made an "almost" seamless transition to the new space & equipment.

5. Are you requesting a salary adjustment (EOP), merit increase (mid-year), or a bonus (annual) at this time? ☒ Yes  ☐ No

   If yes, what amount?   Percentage amount: _____   OR   Dollar amount: _____

2 of 3

**Employee Comments:**

☒ I agree with the above evaluation and comments.
☐ I disagree with the above evaluation and comments for the following reasons:

_I love working with the Tribe, Hopefully we can keep the job going._

## SECTION III: GOALS & OBJECTIVES FROM PRIOR EVALUATION

Briefly describe the goals and objectives that were set during the last evaluation and indicate if they were met.

|  | Yes | No |
|---|---|---|
| Goal and objective # 1 | ☐ | ☐ |
| Goal and objective # 2 | ☐ | ☐ |
| Goal and objective #3 | ☐ | ☐ |

## SECTION IV: SET GOALS & OBJECTIVES FOR NEXT PERFORMANCE EVALUATION

Briefly describe the major expectations, responsibilities, objectives or assignments for the coming review period. Assign each objective A, B, or C priority and a target completion date.

| | A | B | C | Target Date |
|---|---|---|---|---|
| Goal and objective # 1 Continue the Transition process esp w/ the current interface issues | ☒ | ☐ | ☐ | Click here to enter on going |
| Goal and objective # 2 Watchful oversight of new personnel | ☐ | ☒ | ☐ | Click here to enter on going |
| Goal and objective #3 Continue CLIA certification | ☒ | ☐ | ☐ | Click here to enter on going |

## SECTION IV: SIGNATURES

Employee's Signature: _Christie William_     Date: _5-22-2014_

Supervisor's Signature: _Tyler J. Estel MD_     Date: _5/22/14_

Department Director's Signature: _____     Date: _____

Other Applicable Signature
As required by Chain of Command: _____     Date: _____



# Poarch Creek Indians
# Employee Performance Evaluation

*Exhibit F*

*Revised 10/2011*

| Employee Name: Christine Williams | Position: Lab Manager |
|---|---|
| Supervisor (Reviewer): Parker Estvold, MD | Department Director: Ginger Bergeron |
| Reason for review: ☐ EOP ☐Mid-Year ☒ Annual ☐ Other | Original Date of Hire: |

**Ratings: ES-Exceeds Standards   MS-Meets Standards   IN-Improvement Needed   US-Unsatisfactory   N/A-Not Applicable**

**SECTION I: PERFORMANCE FACTORS**   Please mark the appropriate block.

**JOB KNOWLEDGE: Consider the employee's knowledge and application of the techniques, skills, procedures, expertise, etc., required to perform the job.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Possesses technical knowledge and displays understanding of all aspects of the job. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Demonstrates ability to make sound, feasible decisions in a timely, independent manner. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Develops policies and procedures in an appropriate manner. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 4. Interprets and applies policy accurately and consistently. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 5. Demonstrates analytical, objective approach to problem solving. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 6. Demonstrates effective verbal and written communication skills. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 7. Understands and applies fiscally sound budgetary principles. | ☒ | ☐ | ☐ | ☐ | ☐ |

**ACCOMPLISHMENT OF OBJECTIVES: Consider the employee's performance results on specific projects, objectives and/or goals assigned during this review period.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Establishes and accomplishes realistic objectives. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Systematically assembles and arranges work to meet objectives. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Understands, supports, and strives to meet annual goals and objectives of unit. | ☒ | ☐ | ☐ | ☐ | ☐ |

**QUALITY OF WORK: Consider accuracy, completeness, neatness and employee's performance in maintaining high quality of work standards.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Attends to details in a dependable, conscientious manner. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Transmits information and requests expeditiously and accurately. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Produces accurate, thorough and reliable results. | ☒ | ☐ | ☐ | ☐ | ☐ |

**PRODUCTIVITY: Consider the amount of work accomplished and the effective utilization of time and efforts on key work related issues and problems.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Establishes and meets realistic milestones for task completion. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Exhibits professional behavior under stress. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Effectively manages multiples tasks and responsibilities. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 4. Consistently produces results relative to duties. | ☒ | ☐ | ☐ | ☐ | ☐ |

**INITIATIVE AND CREATIVITY: Consider the employee's ability to initiate and follow through with appropriate action and ability to develop ways to handle new or unusual work situations through wise use of human and financial resources.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Plans effectively and imaginatively. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Seeks innovative means to improve quality. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Facilitates the decision making process. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 4. Recognizes needs and originates actions. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 5. Adapts to changing priorities, new ideas and methods. | ☒ | ☐ | ☐ | ☐ | ☐ |

**INTERPERSONAL RELATIONS: Consider the employee's ability to establish and maintain effective working relationships with the public and co-workers.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Demonstrates honesty, integrity and trust in all working relationships. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Demonstrates ability to resolve or amend conflicts or concerns in a positive manner. | ☐ | ☒ | ☐ | ☐ | ☐ |
| 3. Builds relationships in which people come first and all are treated with dignity and respect. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 4. Acts as a team member in the accomplishment of assigned tasks. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 5. Encourages and accepts constructive feedback. | ☒ | ☐ | ☐ | ☐ | ☐ |

**SUPERVISORY SKILLS: Consider the employee's ability to effectively manage human resources. Consider factors such as delegation of authority, leadership, training/development and team building.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Demonstrates excellence in a leadership by promoting teamwork, creativity and a strong work ethic in achieving the goals and objectives of the department. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Promotes training and development of employees. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Encourages employees to learn new skills and accept new challenges in meeting their career goals. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 4. Delegates authority through clearly stated objectives and assigned accountability. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 5. Understands and adheres to personnel policies and procedures. | ☒ | ☐ | ☐ | ☐ | ☐ |

**DEPENDABILITY: Consider the employee's availability and responsiveness to assigned duties and reliability in performing them properly. Also consider attendance and punctuality.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Assumes full responsibility for assigned tasks. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Completes work in a timely manner. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Accepts full accountability for his/her actions and those he/she supervises. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 4. Exhibits consistency in regular attendance and considers work load when requesting leave. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 5. Demonstrates responsibility by prompt attendance. | ☒ | ☐ | ☐ | ☐ | ☐ |

## SECTION II: COMMENTS

**Supervisor Comments:** Based on the appraisal you have made, please complete the following. Use additional paper if necessary.

1. Is this employee well suited for the type of work he/she is now doing. ☒ Yes   ☐ No

2. Recommendations for improvement: ~~Click here to enter text.~~
none — continue current efforts

3. Recommendations for additional training or development: ~~Click here to enter text.~~
Training will be dictated by the new equipment & protocols that come with the upcoming expansion

4. What is your overall evaluation of employee? ☒ Excellent   ☐ Above Average   ☐ Average   ☐ Poor   ☐ Unsatisfactory
Comments: ~~Click here to enter text.~~ motivated, & cares deeply about her
Christine Williams is an exceptional employee. She is self
patients & coworkers. She is a highly skilled technologist
who will willingly expand her scope as needed in the unit

5. Are you requesting a salary adjustment (EOP), merit increase (mid-year), or a bonus (annual) at this time? ☒ Yes   ☐ No

   If yes, what amount?   Percentage amount: _____   OR   Dollar amount: _____

**Employee Comments:**

☑ I agree with the above evaluation and comments.

☐ I disagree with the above evaluation and comments for the following reasons:

Enjoy working with everyone!!!

## SECTION III: GOALS & OBJECTIVES FROM PRIOR EVALUATION

Briefly describe the goals and objectives that were set during the last evaluation and indicate if they were met.

| | | Yes | No |
|---|---|---|---|
| Goal and objective # 1 | Active in The planning team for The Health Department Expansion | ☑ | ☐ |
| Goal and objective # 2 – | Has been instrumental in orienting & welcoming our new medical technologist | ☑ | ☐ |
| Goal and objective #3 | Continued CLIA testing | ☑ | ☐ |

## SECTION IV: SET GOALS & OBJECTIVES FOR NEXT PERFORMANCE EVALUATION

Briefly describe the major expectations, responsibilities, objectives or assignments for the coming review period. Assign each objective A, B, or C priority and a target completion date.

| | | A | B | C | Target Date |
|---|---|---|---|---|---|
| Goal and objective # 1 | Transitioning to new lab w/ new space & new equipment | ☒ | ☐ | ☐ | Feb, 2014 |
| Goal and objective # 2 | Expanding The lab staff to meet The upcoming needs | ☐ | ☐ | ☐ | Dec/Jan, 2014 |
| Goal and objective #3 | Continue efforts w: probable certification goals | ☐ | ☐ | ☐ | ongoing |

## SECTION IV: SIGNATURES

Employee's Signature: Christine Williams   Date: 11-4-13

Supervisor's Signature: Harku of Estold MD   Date: 11/1/13

Department Director's Signature: Ginger Bergua   Date: 11-4-13

Other Applicable Signature
As required by Chain of Command: _____   Date: _____



*Exhibit F*

# Poarch Creek Indians
# Employee Performance Evaluation *title change*

Revised 10/2011

| Employee Name: WILLIAMS, CHRISTINE | Position: MED TECH / LAB ~~Supervisor~~ MANAGER |
|---|---|
| Supervisor (Reviewer): PARKER ESTVOLD | Department Director: GINGER BERGERON |
| Reason for review: ☐ EOP ☑ Mid-Year ☐ Annual ☐ Other | Original Date of Hire: |

**Ratings: ES-Exceeds Standards   MS-Meets Standards   IN-Improvement Needed   US-Unsatisfactory   N/A-Not Applicable**

## SECTION I: PERFORMANCE FACTORS   Please mark the appropriate block.

**JOB KNOWLEDGE: Consider the employee's knowledge and application of the techniques, skills, procedures, expertise, etc., required to perform the job.**

|  | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Possesses technical knowledge and displays understanding of all aspects of the job. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Demonstrates ability to make sound, feasible decisions in a timely, independent manner. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Develops policies and procedures in an appropriate manner. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 4. Interprets and applies policy accurately and consistently. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 5. Demonstrates analytical, objective approach to problem solving. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 6. Demonstrates effective verbal and written communication skills. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 7. Understands and applies fiscally sound budgetary principles. | ☒ | ☐ | ☐ | ☐ | ☐ |

**ACCOMPLISHMENT OF OBJECTIVES: Consider the employee's performance results on specific projects, objectives and/or goals assigned during this review period.**

|  | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Establishes and accomplishes realistic objectives. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Systematically assembles and arranges work to meet objectives. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Understands, supports, and strives to meet annual goals and objectives of unit. | ☒ | ☐ | ☐ | ☐ | ☐ |

**QUALITY OF WORK: Consider accuracy, completeness, neatness and employee's performance in maintaining high quality of work standards.**

|  | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Attends to details in a dependable, conscientious manner. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Transmits information and requests expeditiously and accurately. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Produces accurate, thorough and reliable results. | ☒ | ☐ | ☐ | ☐ | ☐ |

**PRODUCTIVITY: Consider the amount of work accomplished and the effective utilization of time and efforts on key work related issues and problems.**

|  | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Establishes and meets realistic milestones for task completion. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Exhibits professional behavior under stress. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Effectively manages multiples tasks and responsibilities. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 4. Consistently produces results relative to duties. | ☒ | ☐ | ☐ | ☐ | ☐ |

**INITIATIVE AND CREATIVITY: Consider the employee's ability to initiate and follow through with appropriate action and ability to develop ways to handle new or unusual work situations through wise use of human and financial resources.**

|  | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Plans effectively and imaginatively. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Seeks innovative means to improve quality. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Facilitates the decision making process. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 4. Recognizes needs and originates actions. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 5. Adapts to changing priorities, new ideas and methods. | ☒ | ☐ | ☐ | ☐ | ☐ |

**INTERPERSONAL RELATIONS:** Consider the employee's ability to establish and maintain effective working relationships with the public and co-workers.

|  | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Demonstrates honesty, integrity and trust in all working relationships. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Demonstrates ability to resolve or amend conflicts or concerns in a positive manner. | ☐ | ☒ | ☐ | ☐ | ☐ |
| 3. Builds relationships in which people come first and all are treated with dignity and respect. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 4. Acts as a team member in the accomplishment of assigned tasks. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 5. Encourages and accepts constructive feedback. | ☒ | ☐ | ☐ | ☐ | ☐ |

**SUPERVISORY SKILLS: Consider the employee's ability to effectively manage human resources. Consider factors such as delegation of authority, leadership, training/development and team building.**

|  | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Demonstrates excellence in a leadership by promoting teamwork, creativity and a strong work ethic in achieving the goals and objectives of the department. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Promotes training and development of employees. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Encourages employees to learn new skills and accept new challenges in meeting their career goals. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 4. Delegates authority through clearly stated objectives and assigned accountability. | ☐ | ☒ | ☐ | ☐ | ☐ |
| 5. Understands and adheres to personnel policies and procedures. | ☒ | ☐ | ☐ | ☐ | ☐ |

**DEPENDABILITY: Consider the employee's availability and responsiveness to assigned duties and reliability in performing them properly. Also consider attendance and punctuality.**

|  | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Assumes full responsibility for assigned tasks. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Completes work in a timely manner. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Accepts full accountability for his/her actions and those he/she supervises. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 4. Exhibits consistency in regular attendance and considers work load when requesting leave. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 5. Demonstrates responsibility by prompt attendance. | ☒ | ☐ | ☐ | ☐ | ☐ |

## SECTION II: COMMENTS

**Supervisor Comments:** Based on the appraisal you have made, please complete the following. Use additional paper if necessary.

1. Is this employee well suited for the type of work he/she is now doing.   ☒ Yes   ☐ No

2. Recommendations for improvement:   Continue w/ ongoing Training — "doing very well"

3. Recommendations for additional training or development:   The additional training will be dictated by laboratory expansion and added testing modalities

4. What is your overall evaluation of employee? ☒ Excellent   ☐ Above Average   ☐ Average   ☐ Poor   ☐ Unsatisfactory
   Comments: Christine Williams a pleasure to work with. She has excellent command of all facets of lab operations. She is a highly skilled technologist who also has "wonderful" "people skills" & is a dedicated supervisor

5. Are you requesting a salary adjustment (EOP), merit increase (mid-year), or a bonus (annual) at this time? ☒ Yes   ☐ No

   If yes, what amount?   Percentage amount: _____   OR   Dollar amount: _____

## Employee Comments:

☒ I agree with the above evaluation and comments.
☐ I disagree with the above evaluation and comments for the following reasons:

_____

_____

_____

**SECTION III: GOALS & OBJECTIVES** ...M PRIOR EVALUATION

Briefly describe the goals and objectives that were set during the last evaluation and indicate if they were met.

| | Yes | No |
|---|---|---|
| Goal and objective # 1 Continue to be a part of the planning team for the expansion of health services, including new Clinic | ☐ | ☐ |
| Goal and objective # 2 | ☐ | ☐ |
| Goal and objective #3 | ☐ | ☐ |
| | ☐ | ☐ |

**SECTION IV: SET GOALS & OBJECTIVES FOR NEXT PERFORMANCE EVALUATION**

Briefly describe the major expectations, responsibilities, objectives or assignments for the coming review period. Assign each objective A, B, or C priority and a target completion date.

| | A | B | C | Target Date |
|---|---|---|---|---|
| Goal and objective # 1 Incorporation of the new lab employee into the "family" - Training/ intro | ☒ | ☐ | ☐ | Immediate |
| Goal and objective #2 Plan for lab expansion - both w/ res to size and capabilities | ☒ | ☐ | ☐ | Feb, 2014 |
| Goal and objective #3 Continue CLIA testing - anticipate certification efforts | ☒ | ☐ | ☐ | ongoing |

**SECTION IV: SIGNATURES**

Employee's Signature: Christine Williams          Date: 5-30-13

Supervisor's Signature: Parker L Estrell MD          Date: 5/30/13

Department Director's Signature: Ginger Bergeron          Date: 5/29/2013

Other Applicable Signature
As required by Chain of Command: _____          Date: _____

3 of 3



# Poarch Creek Indians
# Employee Performance Evaluation

*Revised 10/2011*

| Employee Name: Christine Williams | Position: Medical Technologist |
|---|---|
| Supervisor (Reviewer): Parker Estvold, MD | Department Director: Candace Fayard |
| Reason for review: ☐ EOP  ☐ Mid-Year  ☒ Annual  ☐ Other | Original Date of Hire: 02/09/93 |

**Ratings: ES-Exceeds Standards  MS-Meets Standards  IN-Improvement Needed  US-Unsatisfactory  N/A-Not Applicable**

## SECTION I: PERFORMANCE FACTORS   Please mark the appropriate block.

**JOB KNOWLEDGE:** Consider the employee's knowledge and application of the techniques, skills, procedures, expertise, etc., required to perform the job.

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Possesses technical knowledge and displays understanding of all aspects of the job. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Demonstrates ability to make sound, feasible decisions in a timely, independent manner. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Develops policies and procedures in an appropriate manner. | ☐ | ☒ | ☐ | ☐ | ☐ |
| 4. Interprets and applies policy accurately and consistently. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 5. Demonstrates analytical, objective approach to problem solving. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 6. Demonstrates effective verbal and written communication skills. | ☐ | ☒ | ☐ | ☐ | ☐ |
| 7. Understands and applies fiscally sound budgetary principles. | ☐ | ☒ | ☐ | ☐ | ☐ |

**ACCOMPLISHMENT OF OBJECTIVES:** Consider the employee's performance results on specific projects, objectives and/or goals assigned during this review period.

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Establishes and accomplishes realistic objectives. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Systematically assembles and arranges work to meet objectives. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Understands, supports, and strives to meet annual goals and objectives of unit. | ☒ | ☐ | ☐ | ☐ | ☐ |

**QUALITY OF WORK:** Consider accuracy, completeness, neatness and employee's performance in maintaining high quality of work standards.

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Attends to details in a dependable, conscientious manner. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Transmits information and requests expeditiously and accurately. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Produces accurate, thorough and reliable results. | ☒ | ☐ | ☐ | ☐ | ☐ |

**PRODUCTIVITY:** Consider the amount of work accomplished and the effective utilization of time and efforts on key work related issues and problems.

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Establishes and meets realistic milestones for task completion. | ☐ | ☒ | ☐ | ☐ | ☐ |

| | | | | | |
|---|---|---|---|---|---|
| 2. Exhibits professional behavior under s... ...s. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Effectively manages multiples tasks and responsibilities. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 4. Consistently produces results relative to duties. | ☒ | ☐ | ☐ | ☐ | ☐ |

**INITIATIVE AND CREATIVITY: Consider the employee's ability to initiate and follow through with appropriate action and ability to develop ways to handle new or unusual work situations through wise use of human and financial resources.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Plans effectively and imaginatively. | ☐ | ☒ | ☐ | ☐ | ☐ |
| 2. Seeks innovative means to improve quality. | ☐ | ☒ | ☐ | ☐ | ☐ |
| 3. Facilitates the decision making process. | ☐ | ☒ | ☐ | ☐ | ☐ |
| 4. Recognizes needs and originates actions. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 5. Adapts to changing priorities, new ideas and methods. | ☐ | ☒ | ☐ | ☐ | ☐ |

**INTERPERSONAL RELATIONS: Consider the employee's ability to establish and maintain effective working relationships with the public and co-workers.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Demonstrates honesty, integrity and trust in all working relationships. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Demonstrates ability to resolve or amend conflicts or concerns in a positive manner. | ☐ | ☒ | ☐ | ☐ | ☐ |
| 3. Builds relationships in which people come first and all are treated with dignity and respect. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 4. Acts as a team member in the accomplishment of assigned tasks. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 5. Encourages and accepts constructive feedback. | ☒ | ☐ | ☐ | ☐ | ☐ |

**SUPERVISORY SKILLS: Consider the employee's ability to effectively manage human resources. Consider factors such as delegation of authority, leadership, training/development and team building.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Demonstrates excellence in a leadership by promoting teamwork, creativity and a strong work ethic in achieving the goals and objectives of the department. | ☐ | ☒ | ☐ | ☐ | ☐ |
| 2. Promotes training and development of employees. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Encourages employees to learn new skills and accept new challenges in meeting their career goals. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 4. Delegates authority through clearly stated objectives and assigned accountability. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 5. Understands and adheres to personnel policies and procedures. | ☒ | ☐ | ☐ | ☐ | ☐ |

**DEPENDABILITY: Consider the employee's availability and responsiveness to assigned duties and reliability in performing them properly. Also consider attendance and punctuality.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Assumes full responsibility for assigned tasks. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Completes work in a timely manner. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Accepts full accountability for his/her actions and those he/she supervises. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 4. Exhibits consistency in regular attendance and considers work load when requesting leave. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 5. Demonstrates responsibility by prompt attendance. | ☐ | ☒ | ☐ | ☐ | ☐ |

## SECTION II: COMMENTS

**Supervisor Comments: Based on the appraisal you have made, please complete the following. Use additional paper if necessary.**

1. Is this employee well suited for the type of work he/she is now doing.   ☒Yes   ☐ No

2. Recommendations for improvement:  none

3. Recommendations for additional training or development: Participate in applicable trainings available, particularly those provided through Indian Health Services.

4. What is your overall evaluation of employee? ☒Excellent   ☐ Above Average   ☐ Average   ☐ Poor   ☐ Unsatisfactory

Comments: Ms. Williams is a great asset to the Health Department. Her positive demeanor is effective with co-workers and patients alike.

5. Are you requesting a salary adjustment (EOP), merit increase (mid-year), or a bonus (annual) at this time? ☒Yes   ☐ No

If yes, what amount?   Percentage amount:  4.4%        OR    Dollar amount:_____

**Employee Comments:**

☒N agree with the above evaluation and comments.
☐ I disagree with the above evaluation and comments for the following reasons:

_____

_____

_____

## SECTION III: GOALS & OBJECTIVES FROM PRIOR EVALUATION
Briefly describe the goals and objectives that were set during the last evaluation and indicate if they were met.

|  | Yes | No |
|---|---|---|
| Goal and objective # 1   Maintain excellent QA and training. | ☒ | ☐ |
| Goal and objective # 2   Prepare for new personnel.--Ongoing | ☒ | ☐ |
| Goal and objective #3   Oversight of new clinic lab space. | ☒ | ☐ |

## SECTION IV: SET GOALS & OBJECTIVES FOR NEXT PERFORMANCE EVALUATION
Briefly describe the major expectations, responsibilities, objectives or assignments for the coming review period. Assign each objective A, B, or C priority and a target completion date.

|  | A | B | C | Target Date |
|---|---|---|---|---|
| Goal and objective # 1   Continue to be a part of the planning team for the expansion of health services, including the new clinic. | ☒ | ☐ | ☐ | Monthly meetings |
| Goal and objective # 2. | ☐ | ☐ | ☐ |  |

| Goal and objective #3 | ☐ | ☐ | ☐ | |
| | | | | |

**SECTION IV: SIGNATURES**

Employee's Signature: _Christine Williams_          Date: _11-1-12_

Supervisor's Signature: _____          Date: _____

Department Director's Signature: _Candace Fayard_          Date: _11/01/12_

Other Applicable Signature
As required by Chain of Command: _____          Date: _____



# Poarch Creek Indians
# Employee Performance Evaluation

*Revised 10/2011*

| Employee Name: Christine Williams | Position: Medical Technologist |
|---|---|
| Supervisor (Reviewer): Parker Estvold, MD | Department Director: Candace Fayard |
| Reason for review: ☐ EOP ☒ Mid-Year ☐ Annual ☐ Other | Original Date of Hire: Click here to enter text |

Ratings: ES-Exceeds Standards   MS-Meets Standards   IN-Improvement Needed   US-Unsatisfactory   N/A-Not Applicable

**SECTION I: PERFORMANCE FACTORS**   Please mark the appropriate block.

**JOB KNOWLEDGE: Consider the employee's knowledge and application of the techniques, skills, procedures, expertise, etc., required to perform the job.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Possesses technical knowledge and displays understanding of all aspects of the job. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Demonstrates ability to make sound, feasible decisions in a timely, independent manner. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Develops policies and procedures in an appropriate manner. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 4. Interprets and applies policy accurately and consistently. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 5. Demonstrates analytical, objective approach to problem solving. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 6. Demonstrates effective verbal and written communication skills. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 7. Understands and applies fiscally sound budgetary principles. | ☒ | ☐ | ☐ | ☐ | ☐ |

**ACCOMPLISHMENT OF OBJECTIVES: Consider the employee's performance results on specific projects, objectives and/or goals assigned during this review period.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Establishes and accomplishes realistic objectives. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Systematically assembles and arranges work to meet objectives. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Understands, supports, and strives to meet annual goals and objectives of unit. | ☒ | ☐ | ☐ | ☐ | ☐ |

**QUALITY OF WORK: Consider accuracy, completeness, neatness and employee's performance in maintaining high quality of work standards.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Attends to details in a dependable, conscientious manner. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Transmits information and requests expeditiously and accurately. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Produces accurate, thorough and reliable results. | ☒ | ☐ | ☐ | ☐ | ☐ |

**PRODUCTIVITY: Consider the amount of work accomplished and the effective utilization of time and efforts on key work related issues and problems.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Establishes and meets realistic milestones for task completion. | ☒ | ☐ | ☐ | ☐ | ☐ |

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 2. Exhibits professional behavior under s___ ;. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Effectively manages multiples tasks and responsibilities. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 4. Consistently produces results relative to duties. | ☒ | ☐ | ☐ | ☐ | ☐ |

**INITIATIVE AND CREATIVITY: Consider the employee's ability to initiate and follow through with appropriate action and ability to develop ways to handle new or unusual work situations through wise use of human and financial resources.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Plans effectively and imaginatively. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Seeks innovative means to improve quality. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Facilitates the decision making process. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 4. Recognizes needs and originates actions. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 5. Adapts to changing priorities, new ideas and methods. | ☒ | ☐ | ☐ | ☐ | ☐ |

**INTERPERSONAL RELATIONS: Consider the employee's ability to establish and maintain effective working relationships with the public and co-workers.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Demonstrates honesty, integrity and trust in all working relationships. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Demonstrates ability to resolve or amend conflicts or concerns in a positive manner. | ☐ | ☒ | ☐ | ☐ | ☐ |
| 3. Builds relationships in which people come first and all are treated with dignity and respect. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 4. Acts as a team member in the accomplishment of assigned tasks. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 5. Encourages and accepts constructive feedback. | ☒ | ☐ | ☐ | ☐ | ☐ |

**SUPERVISORY SKILLS: Consider the employee's ability to effectively manage human resources. Consider factors such as delegation of authority, leadership, training/development and team building.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Demonstrates excellence in a leadership by promoting teamwork, creativity and a strong work ethic in achieving the goals and objectives of the department. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Promotes training and development of employees. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Encourages employees to learn new skills and accept new challenges in meeting their career goals. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 4. Delegates authority through clearly stated objectives and assigned accountability. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 5. Understands and adheres to personnel policies and procedures. | ☒ | ☐ | ☐ | ☐ | ☐ |

**DEPENDABILITY: Consider the employee's availability and responsiveness to assigned duties and reliability in performing them properly. Also consider attendance and punctuality.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Assumes full responsibility for assigned tasks. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Completes work in a timely manner. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Accepts full accountability for his/her actions and those he/she supervises. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 4. Exhibits consistency in regular attendance and considers work load when requesting leave. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 5. Demonstrates responsibility by prompt attendance. | ☒ | ☐ | ☐ | ☐ | ☐ |

## SECTION II: COMMENTS

**Supervisor Comments: Based on the appraisal you have made, please complete the following. Use additional paper if necessary.**

1. Is this employee well suited for the type of work he/she is now doing.   ☒Yes   ☐ No

2. Recommendations for improvement:

3. Recommendations for additional training or development: She continues to update her skills & knowledge w/ Training conferences throughout the year. This will need to be maintained & expanded w/ the increasing lab.

4. What is your overall evaluation of employee? ☒Excellent   ☐ Above Average   ☐ Average   ☐ Poor   ☐ Unsatisfactory service

   Comments: She is an excellent employee in all respects. She deals well w/ the staff and patients alike and provides exceptional lab service. She is greatly missed when she is off si

5. Are you requesting a salary adjustment (EOP), merit increase (mid-year), or a bonus (annual) at this time? ☐Yes  ☒ No

   If yes, what amount?   Percentage amount: 6.4%   OR   Dollar amount:_____

   Not eligible CCF

**Employee Comments:**

☑ I agree with the above evaluation and comments.
☐ I disagree with the above evaluation and comments for the following reasons:

Enjoy the Patients and coworkers.

_____

_____

## SECTION III: GOALS & OBJECTIVES FROM PRIOR EVALUATION

Briefly describe the goals and objectives that were set during the last evaluation and indicate if they were met.

|  | | Yes | No |
|---|---|---|---|
| Goal and objective # 1 | Continued QA efforts → passed "new" CLIA inspection | ☒ | ☐ |
| Goal and objective # 2 | Expansion of EHR → done (will be ongoing) | ☒ | ☐ |
| Goal and objective # 3 | Prepare for Space & personnel expansion → ongoing | ☒ | ☐ |

## SECTION IV: SET GOALS & OBJECTIVES FOR NEXT PERFORMANCE EVALUATION

Briefly describe the major expectations, responsibilities, objectives or assignments for the coming review period. Assign each objective A, B, or C priority and a target completion date.

|  | A | B | C | Target Date |
|---|---|---|---|---|
| Goal and objective # 1 Maintain "excellent" QA + training | ☒ | ☐ | ☐ | ongoing |
| Goal and objective # 2 Prepare for new personnel | ☒ | ☐ | ☐ | on going |
| Goal and objective #3 Oversight of new clinic lab space | ☐ | ☒ | ☐ | ongoing |

3 of 3

**SECTION IV: SIGNATURES**

Employee's Signature: _____   Date: _____

Supervisor's Signature: _____   Date: _____

Department Director's Signature: _____   Date: _____

Other Applicable Signature
As required by Chain of Command: _____   Date: _____



*Exhibit F*

# Poarch Creek Indians
# Employee Performance Evaluation

Revised 10/2011

| Employee Name: CHRISTINE WILLIAMS | Position: HEAD OF LAB / MED TECH |
|---|---|
| Supervisor (Reviewer): PARKER G. ESPVOLD | Department Director: JAIME McGHEE |
| Reason for review: ☐ EOP ☐ Mid-Year ☐ Annual ☐ Other | Original Date of Hire: |

**Ratings: ES-Exceeds Standards  MS-Meets Standards  IN-Improvement Needed  US-Unsatisfactory  N/A-Not Applicable**

## SECTION I: PERFORMANCE FACTORS   Please mark the appropriate block.

**JOB KNOWLEDGE: Consider the employee's knowledge and application of the techniques, skills, procedures, expertise, etc., required to perform the job.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Possesses technical knowledge and displays understanding of all aspects of the job. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Demonstrates ability to make sound, feasible decisions in a timely, independent manner. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Develops policies and procedures in an appropriate manner. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 4. Interprets and applies policy accurately and consistently. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 5. Demonstrates analytical, objective approach to problem solving. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 6. Demonstrates effective verbal and written communication skills. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 7. Understands and applies fiscally sound budgetary principles. | ☒ | ☐ | ☐ | ☐ | ☐ |

**ACCOMPLISHMENT OF OBJECTIVES: Consider the employee's performance results on specific projects, objectives and/or goals assigned during this review period.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Establishes and accomplishes realistic objectives. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Systematically assembles and arranges work to meet objectives. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Understands, supports, and strives to meet annual goals and objectives of unit. | ☒ | ☐ | ☐ | ☐ | ☐ |

**QUALITY OF WORK: Consider accuracy, completeness, neatness and employee's performance in maintaining high quality of work standards.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Attends to details in a dependable, conscientious manner. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Transmits information and requests expeditiously and accurately. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Produces accurate, thorough and reliable results. | ☒ | ☐ | ☐ | ☐ | ☐ |

**PRODUCTIVITY: Consider the amount of work accomplished and the effective utilization of time and efforts on key work related issues and problems.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Establishes and meets realistic milestones for task completion. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Exhibits professional behavior under stress. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Effectively manages multiples tasks and responsibilities. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 4. Consistently produces results relative to duties. | ☒ | ☐ | ☐ | ☐ | ☐ |

**INITIATIVE AND CREATIVITY: Consider the employee's ability to initiate and follow through with appropriate action and ability to develop ways to handle new or unusual work situations through wise use of human and financial resources.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Plans effectively and imaginatively. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Seeks innovative means to improve quality. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Facilitates the decision making process. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 4. Recognizes needs and originates actions. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 5. Adapts to changing priorities, new ideas and methods. | ☒ | ☐ | ☐ | ☐ | ☐ |

**INTERPERSONAL RELATIONS: Consider the employee's ability to establish and maintain effective working relationships with the public and co-workers.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Demonstrates honesty, integrity and trust in all working relationships. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Demonstrates ability to resolve or amend conflicts or concerns in a positive manner. | ☐ | ☒ | ☐ | ☐ | ☐ |
| 3. Builds relationships in which people come first and all are treated with dignity and respect. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 4. Acts as a team member in the accomplishment of assigned tasks. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 5. Encourages and accepts constructive feedback. | ☒ | ☐ | ☐ | ☐ | ☐ |

**SUPERVISORY SKILLS: Consider the employee's ability to effectively manage human resources. Consider factors such as delegation of authority, leadership, training/development and team building.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Demonstrates excellence in a leadership by promoting teamwork, creativity and a strong work ethic in achieving the goals and objectives of the department. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Promotes training and development of employees. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Encourages employees to learn new skills and accept new challenges in meeting their career goals. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 4. Delegates authority through clearly stated objectives and assigned accountability. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 5. Understands and adheres to personnel policies and procedures. | ☒ | ☐ | ☐ | ☐ | ☐ |

**DEPENDABILITY: Consider the employee's availability and responsiveness to assigned duties and reliability in performing them properly. Also consider attendance and punctuality.**

| | ES | MS | IN | US | N/A |
|---|---|---|---|---|---|
| 1. Assumes full responsibility for assigned tasks. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Completes work in a timely manner. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Accepts full accountability for his/her actions and those he/she supervises. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 4. Exhibits consistency in regular attendance and considers work load when requesting leave. | ☒ | ☐ | ☐ | ☐ | ☐ |
| 5. Demonstrates responsibility by prompt attendance. | ☒ | ☐ | ☐ | ☐ | ☐ |

**SECTION II: COMMENTS**

**Supervisor Comments: Based on the appraisal you have made, please complete the following. Use additional paper if necessary.**

1. Is this employee well suited for the type of work he/she is now doing.  ☒ Yes   ☐ No

2. Recommendations for improvement: As she is doing an excellent job and has been a very valuable employee – "improvement" involves carrying her current values & work ethic to the "new lab" w/ expansion of services & personnel.

3. Recommendations for additional training or development: She continues to maintain her lab skills w/ training & takes part in frequent skills testing (in which she does very well). Currently learning the new computer programs for this.

4. What is your overall evaluation of employee? ☒ Excellent  ☐ Above Average  ☐ Average  ☐ Poor  ☐ Unsatisfactory

   Comments: She is indeed an excellent employee who has a positive influence on those around her. We would be well served to have more employees of her caliber! Great lab & people skills

5. Are you requesting a salary adjustment (EOP), merit increase (mid-year), or a bonus (annual) at this time? ☒ Yes  ☐ No

   If yes, what amount?   Percentage amount: _____   **OR**   Dollar amount: _____

**Employee Comments:**

☒ I agree with the above evaluation and comments.
☐ I disagree with the above evaluation and comments for the following reasons:

_____

_____

_____

**SECTION III: GOALS & OBJECTIVES FROM PRIOR EVALUATION**

Briefly describe the goals and objectives that were set during the last evaluation and indicate if they were met.

| | | Yes | No |
|---|---|---|---|
| Goal and objective # 1 | Continuing QA efforts for the lab | ☒ | ☐ |
| Goal and objective # 2 | Continuing efforts toward EHR utilization w/in the labs | ☒ | ☐ |
| Goal and objective #3 | Expansion of onsite testing (pending) | ☐ | ☒ |

**SECTION IV: SET GOALS & OBJECTIVES FOR NEXT PERFORMANCE EVALUATION**

Briefly describe the major expectations, responsibilities, objectives or assignments for the coming review period. Assign each objective A, B, or C priority and a target completion date.

| | | A | B | C | Target Date |
|---|---|---|---|---|---|
| Goal and objective # 1 | Continue current QA efforts | ☒ | ☐ | ☐ | ongoing |
| Goal and objective # 2 | Plan & practice expansion of EHR and its program interfaces | ☒ | ☐ | ☐ | ongoing |
| Goal and objective #3 | Prepare for lab space & personnel & technical expansion | ☐ | ☒ | ☐ | pending |

**SECTION IV: SIGNATURES**

Employee's Signature: _Christine Williams_   Date: _10-31-11_

Supervisor's Signature: _Parker J. Estroll MD_   Date: _10/31/11_

Department Director's Signature: _JRM McGhee  Candace Fayard_   Date: _10/31/11_
_10/31/11_

Other Applicable Signature
As required by Chain of Command: _____   Date: _____

3 of 3

EXHIBIT G

# Nashville Area Office



## 2013 Area Honor Award

### *Exceptional Performance*

presented to

## *Christine Williams*

In recognition of your personal dedication, commitment and accomplishments toward the mission of the Nashville Area Indian Health Service.

Martha Ketcher

**Area Director**
**Nashville Area Indian Health Service**

Exhibit A

1. Dr. P. Estvold
2. Dr. De La Rosa
3. Julia Gordon
4. Candance Fayard
5. Jaime McGhee
6. Christine Ward
7. Shelia Odom
8. Nancy Peterson
9. Shannon Little
10. Haley Rolin
11. Chastity Peebles
12. Shelly Chavara
13. Donna Johnson
14. Charnette House
15. Shrell Gehman