IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINE J. WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION 14-594-CG-M ) |
| POARCH BAND OF CREEK INDIANS, | ) ) ) ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Defendant Poarch Band of Creek Indians' Motion to Dismiss for lack of subject matter jurisdiction is **GRANTED** and Plaintiff Christine J. Williams' Complaint is **DISMISSED**.

**DONE** and **ORDERED** this 8th day of July, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE