IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINE J. WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION 14-594-CG-M |
| | ) |
| POARCH BAND OF CREEK INDIANS, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** on all claims is entered in favor of Defendant Poarch Band Creek Indians, and against Plaintiff Christine J. Williams.

**DONE** and **ORDERED** this 8th day of July, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE